| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein<br>William H. Brownstein & Associates, P.C.<br>1250 Sixth Street<br>Suite 205<br>Santa Monica, CA 90401-1637<br>Phone: 310 458-0048   Fax: 310 576-3581<br>California State Bar Number: 84507<br>☐ Attorney for: | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>METRO RV INC.<br><br>                                    Debtor. | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists          Date Filed: 12/4/2008
☐ Amendments to petition, statement of affairs, schedules or lists   Date Filed: _____
☒ Other: 20 Largest Creditors and Venue Disclosure     Date Filed: 12/4/2008

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party, in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____     12/4/2008
*Signature of Authorized Signatory of Filing Party*     Date

**Roberto Almuina**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

---
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006

*[signature: William H Brownstein]*
_____
Signature of Attorney for Filing Party          Date

**William H. Brownstein**
Printed Name of Attorney for Filing Party

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **METRO RV INC.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **95-4390285** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): | Street Address of Joint Debtor (No. & Street, City, and State): |
|---|---|
| **160 W. Olive Avenue** <br> **Burbank, CA** | |
| ZIP CODE **91502** | ZIP CODE |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Los Angeles** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP CODE | ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): | |
|---|---|
| 160 W. Olive Avenue, Burbank, CA 91502; 815 N. Harbor Blvd., Santa Ana, CA 92703; 6441 Burt Road, Numbers 46&47, Irvine, CA | ZIP CODE **92618** |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**METRO RV INC.**

FORM B1, Page 2

| Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X **Not Applicable**
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**METRO RV INC.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X **/s/ William H. Brownstein**
Signature of Attorney for Debtor(s)

**William H. Brownstein**
Printed Name of Attorney for Debtor(s)

**William H. Brownstein & Associates, P.C.**
Firm Name

**1250 Sixth Street Suite 205**
Address

**Santa Monica, CA  90401-1637**

**310 458-0048**          **310 576-3581**
Telephone Number

**12/4/2008**              **84507**
Date                       Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Roberto Almuina**
Signature of Authorized Individual

**Roberto Almuina**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**12/4/2008**
Date

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Burbank                              , California   **s/ Roberto Almuina**
                                                                  Debtor

Dated:   12/4/2008

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                                    **F 1015-2.1**

**United States Bankruptcy Court**

**Central District of California**

In re:                                                                                          Case No.
                                                                                                Chapter  **11**

    **METRO RV INC.**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Roberto Almuina**, declare under penalty of perjury that I am the **President** of **METRO RV INC.,** a **California** Corporation and that on **12/03/2008** the following resolution was duly adopted by the **Roberto Almuina and Cheryl Almuina** of this Corporation:

    "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Roberto Almuina**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

    Be It Further Resolved, that **Roberto Almuina**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

    Be It Further Resolved, that **Roberto Almuina**, **President** of this Corporation, is authorized and directed to employ **William H. Brownstein**, attorney and the law firm of **William H. Brownstein & Associates, P.C.** to represent the Corporation in such bankruptcy case."

Executed on:   12/4/2008                          Signed:   **s/ Roberto Almuina**
                                                                              **Roberto Almuina**

| Party Name, Address, Telephone (CA State Bar No. if applicable) | FOR COURT USE ONLY |
|---|---|
| **Roberto Almuina**<br>**160 West Olive Ave.**<br>**Burbank, CA  91502**<br>**(818) 841-2441**<br>**FAX: (818) 841-3509**<br><br>*Attorney for* **METRO RV INC.** | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:    **METRO RV INC.**<br><br><br><br><br><br>                                                                Debtor. | CHAPTER:    **11**<br><br>CASE NUMBER<br><br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (from Form S0100, S0200, or S0300):

   **160 West Olive Ave.**
   **Burbank, CA  91502**

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   **160 West Olive Ave.**
   **Burbank, CA  91502**

3. Disclose the current business address(es) for all corporate officers:

   **160 West Olive Ave.**
   **Burbank, CA  91502**

4. Disclose the current business address(es) where the Debtor's books and records are located:

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02. it has been approved for use by the United States Bankruptcy Court for the Central District of California.                **VEN-C**

Venue Disclosure Form for Corporations Filing Chapter 11- Page Two (2)　　　　VEN-C

| In re **METRO RV INC.** | CHAPTER: **11** |
|---|---|
| Debtor. | CASE NO.: |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor 's most recent balance sheet:

   **160 West Olive Ave.
   Burbank, CA  91502**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the individual signing this Statement and the relationship of such person to the Debtor (specify):

   **Roberto Almuina
   34862 Via Famero
   Acton, CA  93501**

8. Total number of attached pages of supporting documentation:

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___4th___ day of ___December___, 20 __08__, at ___Burbank___, California

___Roberto Almuina___　　　　**s/ Roberto Almuina**
*Type Name of Officer*　　　　*Signature of Declarant*

___President___
*Position or Title of Officer*

*Rev.12/99* This form is required pursuant to General Order 97-02. it has been approved for use by the United States Bankruptcy Court for the Central District of California.　　VEN-C

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: **METRO RV INC.**

Debtor(s).

CHAPTER: **11**

CASE NO.:

## Form 4.
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **SPARTAN**<br>1000 REYNOLDS RD.<br>CHARLOTTE, MI 48813 | | | | $2,798.21 |
| **Burbank Industrial Properties**<br>101 S. First St. Suite 400<br>Burbank, Ca. 91502 | | | UNLIQUIDATED | $22,000.00 |
| **Burbank Industrial Properties**<br>101 S. First St. Suite 400<br>Burbank, Ca. 91502 | | | UNLIQUIDATED | $7,500.00 |
| **Robert Levin**<br>130 S. Bayfront<br>Balboa Island, Ca. 92662 | | | UNLIQUIDATED | $10,337.51 |
| **Gloria Levin**<br>17521 Sherbrook Dr.<br>Tustin, Ca. 92780 | | | UNLIQUIDATED | $9,039.00 |
| **Gloria Levin**<br>17521 Sherbrook Dr.<br>Tustin, Ca. 92780 | | | UNLIQUIDATED | $22,597.50 |

| UNITED STATES BANKRUPTCY COURT |
|---|
| CENTRAL DISTRICT OF CALIFORNIA |

| In re: **METRO RV INC.** | CHAPTER: **11** |
|---|---|
| Debtor(s). | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Robert Levin**<br>130 S. Bayfront<br>Balboa Island, Ca. 92662 | | | UNLIQUIDATED | $22,742.55 |
| **Traveland USA, LLC**<br>6441 Burt Rd. #60<br>Irvine, Ca. 92618 | | | | $6,480.00 |
| **Traveland USA, LLC**<br>6441 Burt Rd. #60<br>Irvine, Ca. 92618 | | | UNLIQUIDATED | $2,880.00 |
| **Dell Computers**<br>Collection Center Dr.<br>Chicago, Il. 60693 | | | | $4,307.00 |
| **Coast Distribution**<br>350 Woodview Ave<br>Morgan Hill, Ca. 95038 | | | | $20,000.00 |
| **Traveland USA, LLC**<br>6441 Burt Rd. #60<br>Irvine, Ca. 92618 | | | UNLIQUIDATED | $1,500.00 |

Form B4 (Official Form 4) - Continued (12/07)                                            2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: **METRO RV INC.**

Debtor(s).

CHAPTER: **11**

CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Gulf Stream**<br>503 S. Oakland Ave.<br>Napanee, Id. 46550 | | | | $60,000.00 |
| **Roberto and Cheryl Almuina**<br>34862 Via Famero<br>Acton, Ca. 93510 | | | UNLIQUIDATED | $600,000.00 |
| **AMERICAN SAFETY**<br>15342 HAWTHORNE BLVD<br>SUITE #410<br>LAW NDALE, CA 90260 | | | UNLIQUIDATED | $490.00 |
| **ARROWHEAD**<br>P.O. BOX 856158<br>LOUISVILLE, KY 40285-6158 | | | UNLIQUIDATED | $164.02 |
| **AT & T YELLOW PAGES**<br>P.O. BOX 989046<br>WEST SACRAMENTO CA<br>95798-9046 | | | UNLIQUIDATED | $1,228.32 |
| **INTERSTATE BATTERIES**<br>10891 FORBES AVE<br>SUITE A<br>GARDEN GROVE, CA 92843 | | | | $319.85 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: **METRO RV INC.**

Debtor(s).

CHAPTER: **11**

CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **GE MOBILE WATER INC**<br>P.O. BOX 60000<br>SAN FRANCISCO, CA 94160 | | | | $2,409.59 |
| **WASTE MANAGEMENT**<br>2421 WEST PEORIA AVE<br>STE. 210<br>PHOENIX, AZ 85029 | | | | $1,422.28 |
| **ARAMARK**<br>P.O. BOX 20378<br>FOUNTAIN VALLEY, CA 92728 | | | | $1,034.23 |
| **First Private Bank**<br>333 N. Glenoaks Blvd<br>Burbank, Ca. 91502 | | | UNLIQUIDATED | $250,000.00 |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, Roberto Almuina President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12/04/2008

**s/ Roberto Almuina**
**Roberto Almuina ,President**
Debtor

Form B4 (Official Form 4) - Continued (12/07)    2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: **METRO RV INC.**

Debtor(s).

CHAPTER: **11**

CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Verification of Creditor Mailing List - (Rev. 10/05)                          2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name **William H. Brownstein**
Address **William H. Brownstein & Associates, P.C.**
**1250 Sixth Street**
**Suite 205**
**Santa Monica, CA  90401-1637**
Telephone **310 458-0048**

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**METRO RV INC.** | Case No.:<br><br>Chapter: **11** |
|---|---|

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ____**4**____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  12/4/2008                              **s/ Roberto Almuina**
                                               Roberto Almuina, President


William H. Brownstein, Attorney *(if applicable)*

```
METRO RV INC.
160 W. Olive Avenue
Burbank, CA  91502

William H. Brownstein
William H. Brownstein & Associates,
1250 Sixth Street
Suite 205
Santa Monica, CA  90401-1637
```

```
AMERICAN SAFETY
15342 HAWTHORNE BLVD
SUITE #410
LAW NDALE, CA 90260

ARAMARK
P.O. BOX 20378
FOUNTAIN VALLEY, CA 92728

ARROWHEAD
P.O. BOX 856158
LOUISVILLE, KY 40285-6158

AT & T YELLOW PAGES
P.O. BOX 989046
WEST SACRAMENTO CA 95798-9046

Bank of America
1355 Windward Concourse
Alpharetta, GA   30005

Burbank Industrial Properties
101 S. First St. Suite 400
Burbank, Ca. 91502

Coast Distribution
350 Woodview Ave
Morgan Hill, Ca. 95038

Dell Computers
Collection Center Dr.
Chicago, Il. 60693

EAST PEN
BOX 4191, P.O. BOX 8500
PHILADELPHIA, PA 19178
```

```
First Private Bank
333 N. Glenoaks Blvd
Burbank, Ca. 91502

First Private Bank & Trust
Burbank Office
333 North Glenoaks Boulevard
Burbank, CA  91502

GE MOBILE WATER INC
P.O. BOX 60000
SAN FRANCISCO, CA 94160

Gloria Levin
17521 Sherbrook Dr.
Tustin, Ca. 92780

Gulf Stream
503 S. Oakland Ave.
Napanee, Id. 46550

Internal Revenue Service
Central Insolvency Unit
P.O. Box 21125
Philadelphiia, PA  19114

INTERSTATE BATTERIES
10891 FORBES AVE
SUITE A
GARDEN GROVE, CA 92843

Robert Levin
130 S. Bayfront
Balboa Island, Ca. 92662

Roberto and Cheryl Almuina
34862 Via Famero
Acton, Ca. 93510
```

SPARTAN
1000 REYNOLDS RD.
CHARLOTTE, MI 48813

State of California
Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA  95812-2952

Textron Financial
Recreational Vehicle Finance
1630 Des Peres Rd.
St Louis, MO  63131

Traveland USA, LLC
6441 Burt Rd. #60
Irvine, Ca. 92618

VECTOR
5411 VALLEY BOULEVARD
LOS ANGELES, CA 90032

WASTE MANAGEMENT
2421 WEST PEORIA AVE
STE. 210
PHOENIX, AZ 85029