# United States Bankruptcy Court
# Central District Of California

| In re:<br>Metro RV Inc. | CHAPTER NO.: 11 |
|---|---|
| | CASE NO.: 2:08−bk−31001−EC |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 15 days from filing of your petition:

☑ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b);
Local Rule 1002−1(g)]
☑ Corporate Ownership Statement

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

      Chapter 11    1 Original and 3 Copies

**Please return the original or copy of this form with all required items to the following location:**

      255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

**JON D. CERETTO, CLERK OF COURT**

Dated: December 4, 2008

**By: Olivia Ventura**
**Deputy Clerk**

CCDN − Revised 03/24/2008      **1 /**