| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Metro RV Inc. | CHAPTER NO.: 11 |
| | CASE NO.: 2:08−bk−31001−EC |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 15 days from filing of your petition:

☒ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b); Local Rule 1002−1(g)]
☒ Corporate Ownership Statement

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

       Chapter 11     1 Original and 3 Copies

**Please return the original or copy of this form with all required items to the following location:**

       255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: December 4, 2008

**JON D. CERETTO, CLERK OF COURT**

**By:** Olivia Ventura
**Deputy Clerk**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: oventuraC           Page 1 of 1               Date Rcvd: Dec 10, 2008
Case: 08-31001                Form ID: ccdn             Total Served: 3

The following entities were served by first class mail on Dec 12, 2008.
db           +Metro RV Inc.,   160 W. Olive Avenue,   Burbank, CA 91502-1822
aty          +William H Brownstein,   1250 Sixth St Ste 205,   Santa Monica, CA 90401-1637
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2008**                    **Signature:**    _Joseph Speetjens_