1
2
3
4 # UNITED STATES BANKRUPTCY COURT
5 # CENTRAL DISTRICT OF CALIFORNIA
6
7
8 In re ) CASE NO. LA 08-31001-EC
)
9 METRO RV INC. ) Chapter 11
)
10 ) ORDER SETTING SCHEDULING AND
) CASE MANAGEMENT CONFERENCE
11 )
) DATE: February 25, 2009
12 Debtors ) TIME: 11:00 A.M.
) PLACE: 1639
13 )
)
14

15     PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 105(d), the Court will conduct a status conference in the above captioned case at the place and time set forth above. The purpose of the conference is to ensure the Chapter 11 case is handled expeditiously and economically by establishing certain deadlines, discouraging wasteful litigation activities and facilitating settlement of disputed matters.

19     CERTAIN PARTIES ARE REQUIRED TO ATTEND, AS SET FORTH BELOW. ALL INTERESTED PARTIES ARE INVITED TO ATTEND, BUT NEED NOT DO SO.

21     PLEASE TAKE FURTHER NOTICE that, based upon the Court's records and evidence presented at the conference, the Court may take any of the following actions at the conference (or at any continued conference) without further notice:

1. Dismiss the case;
2. Convert the case to one under another chapter;
3. Order appointment of a Chapter 11 trustee;
4. Set deadlines for filing of a proposed plan and disclosure statement by the debtor or any other interested party;

5. Fix the scope and format of the notice to be provided regarding the hearing on approval of the disclosure statement;

6. Provide that the hearing on approval of the disclosure statement may be combined with the hearing on confirmation of the plan;

7. Set a deadline for confirming a plan;

8. Set deadlines for compliance with reporting and other Chapter 11 debtor in possession requirements;

9. Set deadlines for assuming or rejecting executory contracts or unexpired leases; or

10. Refer matters to mediation.

IT IS HEREBY ORDERED that the debtor or its principal officer, the debtor's counsel and any other persons who assisted in the preparation of the bankruptcy petition and related schedules and statement of financial affairs, shall appear in person at the status conference.

IT IS FURTHER ORDERED that at least fourteen (14) days before the status conference, the debtor is required to file a Case Status Conference Report and serve it on the United States Trustee, all secured creditors, the official unsecured creditors' committee and its counsel (or on the twenty largest unsecured creditors if no committee has been appointed), and any parties that have requested special notice. The Case Status Conference Report shall include the following:

1. A brief description of the debtor's business, if any, and the principal assets and liabilities of the estate.

2. A brief answer to these questions:
   a. what precipitated the bankruptcy filing;
   b. what the debtor hopes to accomplish in the Chapter 11 case;
   c. what are the principal disputes or problems to be resolved; and
   d. what is the best method to resolve those disputes or problems expeditiously and cost-effectively.

3. Identification of all professionals retained by or intended to be retained by the estate

- 2 -

and a budget for their estimated services and expenses.

4. Identification of and accounting for all post-petition cash collateral pursuant to 11 U.S.C. §§ 361 and 363, specifically including any written consents or court orders governing its permitted use.

5. Evidence of full compliance with Rule 1007 of the Federal Rules of Bankruptcy Procedure regarding the filing of schedules and statements of affairs and with all reporting and administrative requirements established by the United States Trustee.

6. In operating cases, evidence regarding the debtor's financial history for the two years before the bankruptcy filing, including actual income and expenses for the most recent six-month period.

7. In operating cases, evidence regarding projected income and expenses for the first six months of the case.

8. Proposed deadlines for filing:

    a. Claims;

    b. Objections to claims;

    c. Avoidance actions; and

    d. Plan of reorganization and disclosure statement.

IT IS FURTHER ORDERED that unless the Court orders otherwise upon motion by the debtor or other interested party, all plans and disclosure statements filed in this case shall be prepared in accordance with the current form Chapter 11 Disclosure Statement and form Chapter 11 Plan approved by the Court for use in this District.

DATED: 12/15/08

_____
Ellen Carroll
United States Bankruptcy Judge

- 3 -

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: ssumlinC              Page 1 of 2                    Date Rcvd: Dec 15, 2008
Case: 08-31001                 Form ID: pdf002             Total Served: 37


The following entities were served by first class mail on Dec 17, 2008.
db           +Metro RV Inc.,   160 W. Olive Avenue,    Burbank, CA 91502-1822
aty          +Kurt V Jaenike,    499 W Shaw Ste 116,    Fresno, CA 93704-2516
aty          +Russell Clementson,    725 S Figueroa Ste 2600,    Los Angeles, CA 90017-5413
aty          +William H Brownstein,    1250 Sixth St Ste 205,    Santa Monica, CA 90401-1637
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA 95812-2952
smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,     P O Box 21126,
               Philadelphia, PA 19114-0325)
smg          +L.A. County Tax Collector,    Bankruptcy Unit,    2615 S. Grand,    Los Angeles, CA 90007-2608
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
smg          +Securities & Exchange Commission,    5670 Wilshire Avenue., 11th Floor,
               Los Angeles, CA 90036-5627
ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
22666051     +AMERICAN SAFETY,    15342 HAWTHORNE BLVD,    SUITE #410,    LAW NDALE, CA 90260-3823
22666052     +ARAMARK,    P.O. BOX 20378,    FOUNTAIN VALLEY, CA 92728-0378
22666053      ARROWHEAD,    P.O. BOX 856158,    LOUISVILLE, KY 40285-6158
22666054      AT & T YELLOW PAGES,    P.O. BOX 989046,    WEST SACRAMENTO CA 95798-9046
22666055     +BANK OF AMERICA,    1355 WINDWARD CONCOURSE,    ALPHARETTA, GA 30005-8899
22666056     +BURBANK INDUSTRIAL PROPERTIES,    101 S. FIRST ST. SUITE 400,    BURBANK, CA 91502-1938
22666058     +CHERYL ALMUINA,    34862 VIA FAMERO,    ACTON, CA 93510-2318
22666059     +COAST DISTRIBUTION,    350 WOODVIEW AVE,    MORGAN HILL, CA 95037-8104
22666060     +DELL COMPUTERS,    COLLECTION CENTER DR.,    CHICAGO, Il. 60693-0001
22666066     +EAST PEN,    BOX 4191, P.O. BOX 8500,    PHILADELPHIA, PA 19178-0001
22666067     +FIRST PRIVATE BANK,    333 N. GLENOAKS BLVD,    BURBANK, CA 91502-1144
22666068     +FIRST PRIVATE BANK & TRUST,    BURBANK OFFICE,    333 NORTH GLENOAKS BOULEVARD,
               BURBANK, CA 91502-1144
22666069     +GE MOBILE WATER INC,    P.O. BOX 60000,    SAN FRANCISCO, CA 94160-0001
22666070     +GLORIA LEVIN,    17521 SHERBROOK DR.,    TUSTIN, CA 92780-2502
22666072     +GULF STREAM,    503 S. OAKLAND AVE.,    NAPANEE, ID 46550-2333
22666073     +INTERNAL REVENUE SERVICE,    CENTRAL INSOLVENCY UNIT,    P.O. BOX 21125,
               PHILADELPHIIA, PA 19114-0325
22666074     +INTERSTATE BATTERIES,    10891 FORBES AVE,    SUITE A,    GARDEN GROVE, CA 92843-6501
22666075     +ROBERT LEVIN,    130 S. BAYFRONT,    BALBOA ISLAND, CA 92662-1045
22666077     +ROBERTO ALMUINA,    34862 VIA FAMERO,    ACTON, CA 93510-2318
22666078     +ROBERTO AND CHERYL ALMUINA,    34862 VIA FAMERO,    ACTON, CA 93510-2318
22666079     +SPARTAN,    1000 REYNOLDS RD.,    CHARLOTTE, MI 48813-2099
22666080      STATE OF CALIFORNIA,    FRANCHISE TAX BOARD,    SPECIAL PROCEDURES,    POB 2952,
               SACRAMENTO, CA 95812-2952
22666081     +TEXTRON FINANCIAL,    RECREATIONAL VEHICLE FINANCE,    1630 DES PERES RD.,
               ST LOUIS, MO 63131-1800
22666082     +TRAVELAND USA, LLC,    6441 BURT RD. #60,    IRVINE, CA 92618-0907
22666085     +VECTOR,    5411 VALLEY BOULEVARD,    LOS ANGELES, CA 90032-3574
22666086     +WASTE MANAGEMENT,    2421 WEST PEORIA AVE,    STE. 210,    PHOENIX, AZ 85029-4770

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Textron Financial
22666057*    +BURBANK INDUSTRIAL PROPERTIES,    101 S. FIRST ST. SUITE 400,    BURBANK, CA 91502-1938
22666061*    +DELL COMPUTERS,    COLLECTION CENTER DR.,    CHICAGO, Il. 60693-0001
22666062*    +DELL COMPUTERS,    COLLECTION CENTER DR.,    CHICAGO, Il. 60693-0001
22666063*    +DELL COMPUTERS,    COLLECTION CENTER DR.,    CHICAGO, Il. 60693-0001
22666064*    +DELL COMPUTERS,    COLLECTION CENTER DR.,    CHICAGO, Il. 60693-0001
22666065*    +DELL COMPUTERS,    COLLECTION CENTER DR.,    CHICAGO, Il. 60693-0001
22666071*    +GLORIA LEVIN,    17521 SHERBROOK DR.,    TUSTIN, CA 92780-2502
22666076*    +ROBERT LEVIN,    130 S. BAYFRONT,    BALBOA ISLAND, CA 92662-1045
22666083*    +TRAVELAND USA, LLC,    6441 BURT RD. #60,    IRVINE, CA 92618-0907
22666084*    +TRAVELAND USA, LLC,    6441 BURT RD. #60,    IRVINE, CA 92618-0907
                                                                                               TOTALS: 1, * 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0973-2         User: ssumlinC            Page 2 of 2              Date Rcvd: Dec 15, 2008
Case: 08-31001               Form ID: pdf002           Total Served: 37

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2008**               **Signature:**     *Joseph Speetjens*