1  William H. Brownstein - State Bar No. 84507
   William H. Brownstein & Associates,
2   Professional Corporation
   1250 Sixth Street
3  Suite 205
   Santa Monica, CA 90401-1637
4  Telephone (310) 458-0048
   Fax: (310) 576-3581
5  Email: Brownsteinlaw.bill@gmail.com

6  Attorneys for Debtor and Debtor in Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                **LOS ANGELES DIVISION**

11  In re                                  | **Bk. No.** 2:09-bk-31001-EC

12  METRO RV INC., a California corporation,   | In a Case Under Chapter
                                              | 11 of the Bankruptcy Code
13        Debtor                              | (11 U.S.C. § 1101 et seq.)

14                                            | **[ERRATA TO] DISCLOSURE
                                              | STATEMENT DESCRIBING CHAPTER
15                                            | 11 PLAN AND CHAPTER 11 PLAN**

16                                            | **Disclosure Statement Hearing**

17                                            | Date:   To Be Set By Court
                                              | Time:   To Be Set By Court
18                                            | Ctrm:   1639
                                              |         255 East Temple Street
19                                            |         Los Angeles, California 90012
                                              | Floor:  16th
20

21                                            | **Plan Confirmation Hearing**
                                              | Complete This Section When Applicable
22                                            | Date:   _____
                                              | Time:   _____
23                                            | Ctrm:   1639
                                              |         255 East Temple Street
24                                            |         Los Angeles, California 90012
                                              | Floor:  16th

25

26

27

28

**TABLE OF CONTENTS**

I.   **INTRODUCTION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    A.   Purpose of This Document . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    B.   Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing . . . . . . . . . . . . 3
        1.   Time and Place of the Confirmation Hearing . . . . . . . . . . . . . . . . . . . 3
        2.   Deadline For Voting For or Against the Plan . . . . . . . . . . . . . . . . . . . 3
        3.   Deadline For Objecting to the Confirmation of the Plan . . . . . . . . . . . . . . . 3
        4.   Identity of Person to Contact for More Information Regarding the Plan . . . . . . . 3
    C.   Disclaimer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

II.  **BACKGROUND** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    A.   Description and History of the Debtor's Business . . . . . . . . . . . . . . . . . . 4
    B.   Principals/Affiliates of Debtor's Business . . . . . . . . . . . . . . . . . . . . 4
    C.   Management of the Debtor Before and After the Bankruptcy . . . . . . . . . . . . . 4
    D.   Events Leading to Chapter 11 Filing . . . . . . . . . . . . . . . . . . . . . . . 4
    E.   Significant Events During the Bankruptcy . . . . . . . . . . . . . . . . . . . . . 5
        1.   Bankruptcy Proceedings . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
        2.   Other Legal Proceedings . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        3.   Actual and Projected Recovery of Preferential or Fraudulent Transfers . . . . . . . 7
        4.   Procedures Implemented to Resolve Financial Problems . . . . . . . . . . . . . . 7
        5.   Current and Historical Financial Conditions . . . . . . . . . . . . . . . . . . . 8
        a.   Current Financial Conditions . . . . . . . . . . . . . . . . . . . . . . . . . 8
        b.   Historical financial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

III. **SUMMARY OF THE PLAN OF REORGANIZATION** . . . . . . . . . . . . . . . . . . 9
    A.   What Creditors and Interest Holders Will Receive Under The Proposed Plan . . . . . . 9
    B.   Unclassified Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        1.   Administrative Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        2.   Priority Tax Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    C.   Classified Claims and Interests . . . . . . . . . . . . . . . . . . . . . . . . . . 12
        1.   Classes of Secured Claims . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    2.   Classes of Priority Unsecured Claims . . . . . . . . . . . . . . . . . . . . . . 15
    3.   Class of General Unsecured Claims . . . . . . . . . . . . . . . . . . . . . . . 15
    4.   Class(es) of Interest Holders . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    D.   Means of Effectuating the Plan . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        1.   Funding for the Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.   Post-confirmation Management . . . . . . . . . . . . . . . . . . . . . . . . 16
        3.   Disbursing Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
    E.   Risk Factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
    F.   Other Provisions of the Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        1.   Executory Contracts and Unexpired Leases . . . . . . . . . . . . . . . . . . . 17
        a.   Assumptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
        b.   Rejections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
        2.   Changes in Rates Subject to Regulatory Commission Approval . . . . . . . . . . . 18
        3.   Retention of Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    G.   Tax Consequences of Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

IV.  **CONFIRMATION REQUIREMENTS AND PROCEDURES** . . . . . . . . . . . . . . . . 19
    A.   Who May Vote or Object . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        1.   Who May Object to Confirmation of the Plan . . . . . . . . . . . . . . . . . . . 20
        2.   Who May Vote to Accept/Reject the Plan . . . . . . . . . . . . . . . . . . . . 20

i

|  |  | a. | What Is an Allowed Claim/Interest | 20 |
|  |  | b. | What Is an Impaired Claim/Interest | 20 |
|  | 3. |  | Who is <u>Not</u> Entitled to Vote | 21 |
|  | 4. |  | Who Can Vote in More Than One Class | 21 |
|  | 5. |  | Votes Necessary to Confirm the Plan | 21 |
|  | 6. |  | Votes Necessary for a Class to Accept the Plan | 21 |
|  | 7. |  | Treatment of Nonaccepting Classes | 21 |
|  | 8. |  | Request for Confirmation Despite Nonacceptance by Impaired Class(es) | 22 |
| B. |  |  | Liquidation Analysis | 22 |
| C. |  |  | Feasibility | 25 |

**V.    EFFECT OF CONFIRMATION OF PLAN** ........................................ 27

| A. | Discharge | 27 |
| B. | Revesting of Property in the Debtor | 27 |
| C. | Modification of Plan | 27 |
| D. | Post-Confirmation Status Report | 27 |
| E. | Quarterly Fees | 27 |
| F. | Post-Confirmation Conversion/Dismissal | 28 |
| G. | Final Decree | 28 |

**VI.    SUPPORTING DECLARATIONS** ............................................. 29

EXHIBIT A - LIST OF ALL ASSETS ......................................... 31

EXHIBIT B - FINANCIAL STATEMENTS ..................................... 32

EXHIBIT C - UNEXPIRED LEASES TO BE ASSUMED .......................... 49

EXHIBIT D - EXECUTORY CONTRACTS TO BE ASSUMED ...................... 50

EXHIBIT E - LIQUIDATION ANALYSIS ...................................... 51

EXHIBIT F - LIST OF ADMINISTRATIVE EXPENSE CLAIMS ................... 52

EXHIBIT G - LIST OF PRIORITY UNSECURED CLAIMS ....................... 52

EXHIBIT H - LIST OF GENERAL UNSECURED CLAIMS ....................... 53

EXHIBIT I - LIST OF EQUITY INTERESTS ................................... 58

I.

**INTRODUCTION**

Metro RV Inc., a California corporation ("Debtor") is the Debtor in a Chapter 11 bankruptcy case. On December 8, 2008, the Debtor commenced a bankruptcy case by filing a voluntary Chapter 11 petition under the United States Bankruptcy Code ("Code"), 11 U.S.C. § 101 et seq. Chapter 11allows the Debtor, and under some circumstances, creditors and others parties in interest, to propose a plan of reorganization ("Plan"). The Plan may provide for the Debtor to reorganize by continuing to operate, to liquidate by selling assets of the estate, or a combination of both. The Debtor is the party proposing the Plan sent to you in the same envelope as this document. THE DOCUMENT YOU ARE READING IS THE DISCLOSURE STATEMENT FOR THE ENCLOSED PLAN.

This is a reorganization plan. In other words, the Proponent seeks to accomplish payments under the Plan by making periodic payments, the source of which are from earnings from the reorganized Debtor. The Effective Date of the proposed Plan is the first day of the second month after the eleven days after the entry of an order confirming the Plan unless the order is stayed, in which case the Effective Date shall be the first day of the second month after the stay of the Plan is terminated.

**A.    Purpose of This Document**

This Disclosure Statement summarizes what is in the Plan, and tells you certain information relating to the Plan and the process the Court follows in determining whether or not to confirm the Plan.

**READ THIS DISCLOSURE STATEMENT CAREFULLY IF YOU WANT TO KNOW ABOUT:**

    **(1)    WHO CAN VOTE OR OBJECT,**

    **(2)    WHAT THE TREATMENT OF YOUR CLAIM IS (i.e., what your claim will receive if the Plan is confirmed), AND HOW  THIS TREATMENT COMPARES TO WHAT YOUR CLAIM WOULD  RECEIVE IN LIQUIDATION,**

    **(3)    THE HISTORY OF THE DEBTOR AND SIGNIFICANT EVENTS DURING THE BANKRUPTCY,**

    **(4)    WHAT THINGS THE COURT WILL LOOK AT TO DECIDE WHETHER OR NOT TO CONFIRM THE PLAN,**

1    **(5)    WHAT IS THE EFFECT OF CONFIRMATION, AND**

2    **(6)    WHETHER THIS PLAN IS FEASIBLE.**

3    This Disclosure Statement cannot tell you everything about your rights.  You should consider

4    consulting your own lawyer to obtain more specific advice on how this Plan will affect you and what is

5    the best course of action for you.

6    Be sure to read the Plan as well as the Disclosure Statement.  If there are any inconsistencies

7    between the Plan and the Disclosure Statement, the Plan provisions will govern.

8    The Code requires a Disclosure Statement to contain  "adequate information" concerning the Plan.

9    The Bankruptcy Court ("Court") has approved this document as an adequate Disclosure Statement,

10    containing enough information to enable parties affected by the Plan to make an informed judgment about

11    the Plan. Any party can now solicit votes for or against the Plan.

12    **B.    Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing**

13    THE COURT HAS NOT YET CONFIRMED THE PLAN DESCRIBED IN THIS DISCLOSURE

14    STATEMENT. IN OTHER WORDS, THE TERMS OF THE PLAN ARE NOT YET BINDING ON

15    ANYONE.  HOWEVER, IF THE COURT LATER CONFIRMS THE PLAN, THEN THE PLAN WILL

16    BE BINDING ON THE DEBTOR AND ON ALL CREDITORS AND INTEREST HOLDERS IN THIS

17    CASE.

18    **1.    Time and Place of the Confirmation Hearing**

19    The hearing where the Court will determine whether or not to  confirm the Plan will take place on _

20    __,20 , at __ {A.M./

21    P.M.}, in Courtroom 1668, Royball Federal Courthouse, 255 East Temple Street, Sixteenth Floor, Los

22    Angeles, California 90012.

23    **2.    Deadline For Voting For or Against the Plan**

24    If you are entitled to vote, it is in your best interest to timely vote on the enclosed ballot and return

25    the ballot in the enclosed envelope to William H. Brownstein, Esq., William H. Brownstein & Associates,

26    Professional Corporation, 1250 Sixth Street, Suite 205, Santa Monica, California 91604. Fax: (310) 576-

27    3581.

28    Your ballot must be received by _____, 20 , or it will not be counted.

2

1    **3.    Deadline For Objecting to the Confirmation of the Plan**

2        Objections to the confirmation of the Plan must be filed with the Court and served upon William

3    H. Brownstein, Esq., William H. Brownstein & Associates, Professional Corporation, 1250 Sixth Street,

4    Suite 205, Santa Monica, California 91604. Fax: (310) 576-3581 by _____, 20  .

5    **4.    Identity of Person to Contact for More Information Regarding the Plan**

6        Any interested party desiring further information about the Plan should contact William H.

7    Brownstein, Esq., William H. Brownstein & Associates, Professional Corporation, 1250 Sixth Street,

8    Suite 205, Santa Monica, California 90401. Telephone: (310) 458-0048, Fax: (310) 576-3581, Email:

9    Brownsteinlaw.bill@gmail.com.

10   **C.    Disclaimer**

11       The financial data relied upon in formulating the Plan is based on Debtor's books and records,

12   financial statements, projections, appraisals, and evaluations, which were prepared by and provided by the

13   Debtor. The information contained in this Disclosure Statement is provided by the Debtor. The Plan

14   Proponent represents that everything stated in the Disclosure Statement is true to the Proponent's best

15   knowledge.  The Court has not yet determined whether or not the Plan is confirmable and makes no

16   recommendation as to whether or not you should support or oppose the Plan.

17

18                                              **II.**

19                                      **BACKGROUND**

20   **A.    Description and History of the Debtor's Business**

21       The Debtor is a California corporation.

22       The Debtor is in the business of the sale, rental, repair and leasing of recreational vehicles as well

23   as the sale of parts associated with recreational vehicles. To finance its operations the Debtor has obtained

24   secured financing from various creditors, including, as of the time of the filing of its case Bank of America

25   ("BofA") and Textron Financial ("Textron") as well as having a blanket UCC-1 financing lien with First

26   Private Bank & Trust (the "Bank.")

27       The Debtor has been in this business since its incorporation which was September 17, 1992.

28   **B.    Principals/Affiliates of Debtor's Business**

1    Roberto Almuina is the president of the Debtor and Cheryl Almuina is the vice president and

2    secretary of the Debtor.

3    **C.    Management of the Debtor Before and After the Bankruptcy**

4    Roberto Almuina is the president of the Debtor and Cheryl Almuina is the vice president and

5    secretary of the Debtor.

6    **D.    Events Leading to Chapter 11 Filing**

7    Here is a brief summary of the circumstances that <u>led to the filing</u> of this Chapter 11 case:

8    The Debtors, like many other businesses in Southern California, have been hit with the downturn

9    in the economy. Compounding the problems associated with the Debtor is the fact that the price of fuel

10   went from approximately $2.00 a gallon to approximately $4.50 a gallon, causing a large decline in the

11   sale and rental of recreational vehicles, and more recently, a finance crunch making it difficult to obtain

12   financing for the purchase or lease of recreational vehicles. Also, discretionary income which is typically

13   used for luxury purchases, such as a recreational vehicle has gone down and there has been a general

14   negative view on the future of the economy.

15   Prior to the commencement of its case, the Debtor had operated from three locations, the Burbank

16   location, notwithstanding the negative aspects referred to above, continued to make profits from the time

17   of its opening.

18   Due to the losses incurred in the 2008 fiscal year ending September 30, 2008, the Debtor knew that

19   it had to take action to reduce its costs and increase its profits. For that reason the Debtor sought the

20   protection afforded under Chapter 11 of the Bankruptcy Code and filed its Chapter 11 petition on

21   December 4, 2008.

22   **E.    Significant Events During the Bankruptcy**

23   **1.    Bankruptcy Proceedings**

24   The following is a chronological list of significant events which have occurred <u>during</u> this case:

25   a.    On December 4, 2008, the Debtor filed its Chapter 11 case.

26   b.    On December 9, 2009, the Debtor filed its Emergency motion for an Order Authorizing

27   Use of Cash Collateral, etc. and its Motion for Authority to Use Cash Collateral.

28   c.    On December 12, 2008, the Court conducted an emergency hearing on the cash collateral

4

1  motions and authorized the interim use of cash collateral.

2      d.     The First Meeting of Creditors pursuant to 11 U.S.C. §341(a) took place on January 6,

3  2009 at 11:00 a.m.

4      e.     On December 15, 2008, the Court Order Re: Setting scheduling and case management

5  conference chapter 11 case was entered on the Court's docket.

6      f.     On December 18, 2008 the Application to Employ William H. Brownstein & Associates,

7  Professional Corporation as General Counsel Filed by Debtor Metro RV Inc. along with the notice thereof

8  were filed and served.

9      g.     On December 19, 2008 the Motion for Relief from Stay to foreclose on vehicles financed

10  by the Debtor was filed by Filed by Creditor, Textron Financial.

11      h.     On December 22, 2008 the Notice of motion and motion for relief from automatic stay with

12  supporting declarations ACTION IN NON-BANKRUPTCY FORUM was filed to permit the litigation of

13  the case styled as Unger v Metro RV Inc., docket number BC401434.

14      i.     On December 24, 2008 the Court granted an extension of time to file Debtor's schedules

15  and statements until January 6, 2009.

16      j.     On December 24, 2008 the Court entered the order authorizing interim use of cash

17  collateral and setting a hearing on the cash collateral application for January 13, 2009.

18      k.     On February 11, 2009 the Debtor filed its status report regarding the status of this case.

19      l.     On February 17, 2009 the Court entered its order denying the relief from stay sought by

20  Unger against the Debtor.

21      m.     On March 10, 2009 the Court entered its order authorizing the employment of William H.

22  Brownstein & Associates, Professional Corporation, retroactively to the date of the filing of the Chapter

23  11 case.

24      n.     On March 11, 2009 the Scheduling Order pursuant to the hearing at status conference of

25  reorganization case...the last date for the debtor to file a disclosure statement and plan in this case is

26  August 3, 2009 was entered in this case.

27      o.     On May 5, 2009 the Notice of motion/application To Compel Debtor to Assume or

28  Reject Group Health Agreement Filed by Creditor Kaiser Foundation Health Plan, Inc. was filed.

1    p.    On May 15, 2009 Textron Financial filed another motion for relief from the automatic stay

2 in order to seek to reposes the remaining vehicles securing its claim.

3    q.    On August 3, 2009 the Debtor filed a motion to extend the deadline for filing a disclosure

4 statement and plan, which the Court granted giving until October 2, 2009 for the Debtor to do so.

5    r.    On August 18, 2009 the Court granted relief from stay to Textron Financial. Further to that

6 Order the Debtor sold vehicles pursuant to the consent of the creditor, and surrendered the balance of the

7 inventory that was collateral for the Textron Financial loan.

8    s.    On August 20, 2009 the Court set and Order to Show Cause based on the failure of the

9 Debtor to file its Disclosure Statement and Plan by August 3, 2009. That OSC was subsequently vacated

10 based on the Order that extended the deadline for filing a Disclosure Statement and Plan until October 2,

11 2009.

12    t.    On August 20, 2009 the Debtor filed its motion for reconsideration of the order granting

13 Textron Financial relief from stay. Later, based on the agreement reached between the Debtor and Textron

14 allowing the sale of vehicles and the return of others to Textron the Debtor did not pursue that application.

15    u.    On September 15, 2009 the Court entered its order granting the Motion of Kaiser Health

16 Care to compel the Debtor to Assume or Reject the health care contract. Debtor subsequently entered into

17 a stipulation under which it has assumed the Kaiser Health Case agreement.

18    v.    The Debtor has entered into numerous stipulations for authority to use cash collateral with

19 Bank of America, which it has continued to operate under and make adequate protection payments to

20 Bank of America.

21    Currently, the following significant adversary proceedings and motions are still pending: There are

22 no such actions pending.

23    **2.    Other Legal Proceedings**

24    In addition to the proceedings discussed above, the Debtor is currently involved in the following

25 nonbankruptcy legal proceedings:  There are no other proceedings.

26    3.    **Actual and Projected Recovery of Preferential or Fraudulent Transfers**

27    There are no such actions and no recovery anticipated.

28    **4.    Procedures Implemented to Resolve Financial Problems**

To attempt to fix the problems that led to the bankruptcy filing, Debtor has implemented the following procedures:

a.    Closing its Santa Ana, California and its Irvine, California locations and consolidating those locations to the Burbank, California location, which has operated profitably in the past and post-petition;

b.    Returning vehicles with a cost basis of @$1,656,881.00 of the total of $4,101,551.00 that were financed as of the date of the commencement of Debtor's case;

c.    Selling its inventory and reducing its secured creditor claims as a result of those sales;

d.    Reducing its staff by 4;

e.    Reducing supervisors by 2;

f.    Reducing further staff by 6;

g.    Reducing total staff & supervisors from 37 to 25;

h.    Reducing additional expenses as a result of the closing of two of the three locations, streamlining operations, paying off its secured creditors as vehicles are sold pursuant to Cash Collateral orders and promulgating a Chapter 11 plan of reorganization that allows the Debtor, through post-petition profits, to satisfy its creditors and emerge from the Chapter 11 case; and

i.    Emphasizing repairs, servicing, rental of vehicles and sale of consignment vehicles instead of carrying new vehicles, which was the prior emphasis of Debtor's business.

**5.    Current and Historical Financial Conditions**

a.    <u>Current Financial Conditions</u>

Debtor has one location in Burbank, California and is currently operating with 25 employees. Post Petition the company has focused on increasing their Service, Parts, and Rental business which currently represents over 70% of their total gross profit. In regard to RV sales the inventory has been reduced from $4,000,000. to $1,142,947.

The focus on the Sales Dept is in used and consigned inventory which currently consists of 24 units in inventory on consignment and pre owned vehicles with a retail market value of approximately $950,000. The debtor continues to increase the used and consignment inventory because within this plan of reorganization all new units will be eventually sold or returned to the lender and the debtor will focus

7

1   it's operations on the Parts, Service , and Rental business and the sale of pre-owned Recreational Vehicle

2   inventory.

3        It is important to consider that when most of the inventory is consignment inventory there isn't any

4   interest expense in this type of inventory.

5        The debtor's post petition nine month period from December 4, 2008 through August 31,2009 has

6   had gross sales of $4,774,400. with total expenses of $1,249,199 for a net income of $157,581.

7        When comparing the post petition performance of the debtor during the last 9 months to the

8   projected profit and loss statements over the next 3 years the debtor should be able to attain the desired

9   goals due to the current and continuous changes in the way it is conducting its operations.

10        b.    <u>Historical financial</u>

11        The debtors financial history set forth in Exhibit B:

12        There are three years of data October 1,2005 through September 30, 2008 which is in line with the

13   debtors fiscal year end which is on September 30th .

14        The way the balance sheet and statement of income are presented is the way the previous CPA

15   compiled the information quarterly for the debtor, as information is set forth in Exhibit B.

16        After the filing of its Bankruptcy Case in accordance with the reporting requirements of the U.S.

17   Trustee, the debtor was required to present the financial information on a monthly basis, which statements

18   are also shown in Exhibit B.

19        All financial statements and projections were prepared under the cash basis of accounting and they

20   conform with general accepted accounting principles.

21        The financial statements are unaudited.

22        The identity and fair market value of the estate's assets are listed in Exhibit A.  See also the

23   Debtor's financial history set forth in Exhibit B.

24

25                                **III.**

26                **SUMMARY OF THE PLAN OF REORGANIZATION**

27   **A.**      **What Creditors and Interest Holders Will Receive Under The  Proposed Plan**

28

As required by the Bankruptcy Code, the Plan classifies claims and interests in various classes according to their right to priority. The Plan states whether each class of claims or interests is impaired or unimpaired. The Plan provides the treatment each class will receive.

**B.    Unclassified Claims**

Certain types of claims are not placed into voting classes; instead they are unclassified. They are not considered impaired and they do not vote on the Plan because they are automatically entitled to specific treatment provided for them in the Bankruptcy Code. As such, the Proponent has <u>not</u> placed the following claims in a class.

**1.    Administrative Expenses**

Administrative expenses are claims for costs or expenses of administering the Debtor's Chapter 11 case which are allowed under Code section 507(a)(1). The Code requires that all administrative claims be paid on the Effective Date of the Plan, unless a particular claimant agrees to a different treatment.

The administrative expense claim of William H. Brownstein & Associates, Professional Corporation have agreed to an initial payment of $3,000.00 plus monthly payments of $3,000.00, with interest accruing on the unpaid payments at 10% per annum until payment in full has been made.

The following chart lists <u>all</u> of the Debtor's § 507(a)(1) administrative claims and their treatment under the Plan (see Exhibit F for detailed information about each administrative expense claim):

| Name | Amount Owed | Treatment |
|---|---|---|
| William H. Brownstein & Associates, P.C. | $42,000.00 | Initial payment of $3,000 made on effective date, then $3,000 or more a month with interest accruing at 10% per annum. |
| Internal Revenue Service | $16,639.35 | Paid in full on Effective Date |
| State of California, EDD | $18,947.50 | Paid in full on Effective Date |
| Clerk's Office Fees | | Paid in full on Effective Date |
| Office of the U.S. Trustee Fees | | Paid in full on Effective Date |
| TOTAL | $77,586.85 | |

Court Approval of Fees Required:

The Court must rule on all fees listed in this chart before the fees will be owed. For all fees except Clerk's Office fees and U.S. Trustee's fees, the professional in question must file and serve a properly

1  noticed fee application and the Court must rule on the application.  Only the amount of fees allowed by the

2  Court will be owed and required to be paid under this Plan.

3       As indicated above, the Debtor will need to pay $65,586.85 worth of administrative claims on the

4  Effective Date of the Plan unless the claimant has agreed to be paid later or the Court has not yet ruled on

5  the claim.  As indicated elsewhere in this Disclosure Statement, Debtor will have $38.586.85 amount of

6  cash on hand on the Effective Date of the Plan.  The source of this cash be income generated from the

7  operation of the Debtor.

8       **2.      Priority Tax Claims**

9       Priority tax claims are certain unsecured income, employment and other taxes described by Code

10  Section 507(a)(8). The Code requires that each holder of such a 507(a)(8) priority tax claim receive the

11  present value of such claim in deferred cash payments, over a period not exceeding five years from the

12  date of the commencement of the bankruptcy case, which is this case is December 4, 2008.

13       The following chart lists all of the Debtor's Section 507(a)(8) priority tax claims filed in this case

14  and their treatment under the Plan. The Debtor reserves the right to challenge the claims and to dispute the

15  claims, in which case the amount payable to the creditors will be reduced as the claims are disallowed. In

16  the interim, until a portion of the claim is denied, the Debtor will make the payments provided to said

17  creditors, with a credit to the payments accruing after such claim or claims are disallowed to the extent of

18  such disallowance:

| **Description** | **Amount Owed** | **Treatment** | |
|---|---|---|---|
| ● Name = IRS<br>● Type of tax = Withholding Taxes<br>● Date tax assessed = Various | $176,645.09 | ● Pymt interval<br>● Pymt amt/interval<br>● Begin date<br>● End date<br>● Interest Rate<br>● Total Payout Amount<br>● Percentage Paid | = Monthly<br>=$4,313.10<br>=02/01/2010<br>=12/01/2013<br>= 5%[1]<br>=$194,089.50<br>= 100 |

19
20
21
22
23
24
25
26
27

28       [1] Pursuant to IR-2008-139 effective January 1, 2009.

| | | | |
|---|---|---|---|
| • Name = FTB<br>• Type of tax = Withholding Taxes<br>• Date tax assessed = Various | $854.90 | • Pymt interval<br>• Pymt amt/interval<br>• Begin date<br>• End date<br>• Interest Rate %<br>• Total Payout Amount<br>• Percentage Paid | = Monthly<br>= $20.87<br>=02/01/2010<br>=12/01/2013<br>= 5%<br>= $939.15<br>= 100 |
| • Name = FTB<br>• Type of tax = Withholding Taxes<br>• Date tax assessed = Various | $33,833.19 | • Pymt interval<br>• Pymt amt/interval<br>• Begin date<br>• End date<br>• Interest Rate %<br>• Total Payout Amount<br>• Percentage Paid | = Monthly<br>= $826.20<br>= 02/01/2010<br>= 12/01/2013<br>= 5%<br>= $37,179.00<br>= 100 |
| • Name = Board of Equalization<br>• Type of tax = Sales Tax<br>• Date tax assessed = Various | $101,401.00 | • Pymt interval<br>• Pymt amt/interval<br>• Begin date<br>• End date<br>• Interest Rate %<br>• Total Payout Amount<br>• Percentage Paid | Monthly<br>= $2,475.88<br>=02/01/2010<br>=12/01/2013<br>= 5%<br>=$111,414.60<br>= 100 |
| • Name = EDD<br>• Type of tax = Withholding Taxes<br>• Date tax assessed = Various | $267,807.92 | • Pymt interval<br>• Pymt amt/interval<br>• Begin date<br>• End date<br>• Interest Rate %<br>• Total Payout Amount<br>• Percentage Paid | Monthly<br>= $6,539.00<br>= 02/01/2010<br>= 12/01/2013<br>= 5%<br>=$294,255.00<br>= 100 |

C.    **Classified Claims and Interests**

1.    **Classes of Secured Claims**

Secured claims are claims secured by liens on property of the estate. The following chart lists all classes containing Debtor's secured pre-petition claims and their treatment under this Plan: ///

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11

| CLASS# | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|---|
| 1 | Secured claim of:<br>• Name = Bank of America<br>• Collateral description = All vehicles for which they have the pink slip, pre-petition inventory and assets.<br>• Collateral value =$1,075,585.00<br>• Priority of security int. = 1st Priority<br>• Principal owed = $1,049,973.00<br>• Pre-pet. arrearage amount = $334,338.00<br>• Post-pet. arrearage amount = $0.00<br>• Total claim amount = $1,409,973.00 | N | Y | • Pymt interval<br>• Pymt amt/interval<br>• Balloon pymt<br>• Begin date<br>• End date<br>• Interest rate note rate<br>• Total payout   100%<br>• Treatment of Lien<br>The remaining collateral is worth $1,075.585.00 per their statement and we estimated that we owe them the difference of $334,338.00. The total amount on their statement is $1,409,973.00. We projected that we were going to pay them $360,000.0 in 36 months($10,000.00/mo) Debtor does not have a list of their collateral. Debtor will also pay B of A as each vehicle securing its claim is sold. From the sale and the $10,000.00 additional amount paid per month it is anticipated that over a period of 3 years from 10/1/2009 it will be paid in full including all pre-petition claims and $360,000.00 on its $334,338.00 secured claim which is secured by Debtor's non-vehicle inventory. BofA will retain its security interest in the vehicles securing its claims and those vehicles will only be released upon payment to BofA of the amount of its lien on any individual vehicle sold, or, if sold for less than the amount of the BofA lien, an amount mutually agreeable to the Debtor and BofA | = Monthly<br><br>= $10,000<br><br>= None<br><br>= 10/1/09<br><br>= 9/01/12 |

12

| | 2 | Secured claim of: | N | Y | ● Pymt interval | = |
| | | | | | | |
| | | ● Name = Textron Financial Group, Inc. | | | ● Pymt amt/interval | = |
| | | | | | | |
| | | ● Collateral  description = All returned | | | ● Balloon pymt | = |
| | | | | | ● Begin date | = |
| | | ● Collateral value = $0.00 | | | ● End date | = |
| | | | | | ● Interest rate % | = |
| | | ● Priority of security int. = Second Priority. However, pursuant to 11 U.S.C. §506(b) it has no collateral securing its claim | | | ● Total payout % | = $ |
| | | | | | ● Treatment of Lien | = |
| | | ● Principal owed =$1,093,685.94 | | | Lien is disallowed and the creditor is treated as a class 4 creditor to the extent that the claim is allowed and ordered paid by the Court. Due to the fact that all collateral securing the claim was returned to the creditor or is worthless due to the fact that the senior secured creditor has a claim exceeding the collateral the claim is totally unsecured. | |
| | | ● Pre-pet. arrearage   amount = Unknown and disputed | | | | |
| | | ● Post-pet. arrearage   amount = Unknown and disputed | | | | |
| | | ● Total claim amount = $1,093,685.94 | | | | |
| | 3 | Secured claim of: ● Name = First Private Bank & Trust | | | ● Pymt interval | = |
| | | | | | ● Pymt amt/interval | = |
| | | ● Collateral  description = No collateral | | | ● Balloon pymt | = |
| | | | | | ● Begin date | = |
| | | ● Collateral value = $0 | | | ● End date | = |
| | | | | | | = |
| | | ● Priority of  security int. = Third Priority | | | ● Interest rate % | |
| | | | | | | = |
| | | ● Principal owed = $268,000.34 | | | ● Total payout % | = |
| | | | | | ● Treatment of Lien | |
| | | ● Pre-pet. arrearage amount =Unknown and disputed | | | Lien is disallowed and the creditor is treated as a class 4 creditor to the extent that the claim is allowed and ordered paid by the Court. Due to the fact that the senior secured creditors have claims exceeding the collateral the claim is totally unsecured. | |
| | | ● Post-pet. arrearage   amount =Unknown and disputed | | | | |
| | | ● Total claim amount = $268,000.34 | | | | |

13

1    **2.    Classes of Priority Unsecured Claims**

2    Certain priority claims that are referred to in Code Sections 507(a)(3), (4), (5), (6), and (7)[51] are

3    required to be placed in classes. These types of claims are entitled to priority treatment as follows: the

4    Code requires that each holder of such a claim receive cash on the Effective Date equal to the allowed

5    amount of such claim.  However, a class of unsecured priority claim holders may vote to accept deferred

6    cash payments of a value, as of the Effective Date, equal to the allowed amount of such claims.

7    The following chart lists all classes containing Debtor's 507(a)(3), (a)(4), (a)(5), (a)(6), and (a)(7)

8    priority unsecured claims and their treatment under this Plan (see Exhibit G for more detailed information

9    about each priority unsecured claim):

10    There are no creditors falling into this category.

11    **3.    Class of General Unsecured Claims**

12    General unsecured claims are unsecured claims not entitled  to priority under Code Section 507(a).

13    The following chart identifies this Plan's treatment of the class containing <u>all</u> of

14    Debtor's general unsecured claims (see Exhibit H for detailed information about each general unsecured

15    claim):

| CLASS# | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|
| 4 | • General unsecured claims  • Total amt of  claims = $1,580,452.76 | Y | • Pymt interval  • Pymt amt/interval  • Begin date  • End date  • Interest rate %  • Total payout   %  The Debtor will pay a monthly payment starting October 1, 2012 through September 1, 2013 of $8,000.00 to be applied to the Class 5 creditor claims. In the event that the claims, after objection, are reduced from the amount of the claims filed, then the percentage will increase. Debtor anticipates filing several objections to claims and increasing the percentage distribution available for Class 5 creditors to the extent that their claims are allowed. | = Monthly  = $8,000  = 10/1/2012  =09/01/2013  = 0  = 6.074 |

**4.    Class(es) of Interest Holders**

Interest holders are the parties who hold ownership interest (i.e., equity interest) in the Debtor.  If the Debtor is a corporation, entities holding preferred or common stock in the Debtor are interest holders. If the Debtor is a partnership, the interest holders include both general and limited partners.  If the Debtor is an individual, the Debtor is the interest holder. The following chart identifies the Plan's treatment of the class of interest holders (see Exhibit I for more detailed information about each interest holder):

| CLASS # | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT |
|---------|-------------|----------------|-----------|
| 5 | Interest holders | N | Retain 100% of the stock in the reorganized Debtor |

**D.    Means of Effectuating the Plan**

**1.    Funding for the Plan**

The Plan will be funded by the following: The income generated from the operation of the Debtor as reflected in the projections attached to this Disclosure Statement and by the cash in the DIP account at the time the Effective date of the Plan.

**2.    Post-confirmation Management**

For each entity who will be involved in post-confirmation management, state or explain the following:

(a)    Identity.

i.    Roberto Almuina, President and General Manager; and

ii. Cheryl Almuina, Vice President and Secretary of the Debtor.

(b)    Post-confirmation managerial duties.

i.    Roberto Almuina will supervise the department managers and oversee all operations.

ii.    Cheryl Almuina will supervise the Rental Department.

(c)    Amount of compensation paid pre-petition, paid currently, and to be paid post-confirmation.

i.    Roberto Almuina is currently paid $12,000.00 a month and will be paid $12,000.00 per month post-petition.

ii.      Cheryl Almiuna is currently paid $6,400.00 a month and will be paid $6,400.00 post-confirmation.

(d)      Description of expertise.

i.      Roberto Almuina as general manager has been in the RV business for over 20 years and has operated RV businesses during that time.

ii.      Cheryl Almuina as Rental Manager/General Sales Manager for more than 20 years.

**3.      Disbursing Agent**

Roberto Almuina shall act as the disbursing agent for the  purpose of making all distributions provided for under the Plan. The Disbursing Agent shall serve without bond and shall receive nothing for distribution services rendered and expenses incurred pursuant to the Plan.

**E.      Risk Factors**

The proposed Plan has the following risks:

a.      There is always the risk that the projections made by the Debtor will prove to be overly optimistic and that the Debtor will be unable to meet the financial projections made in the Plan.

b.      There is the risk that the economy will suffer from an economic downturn and that demand for the product sold and leased by the Debtor, and the service department and rental department will have reduced revenues and profits.

c.      There is the risk that Debtor will suffer from difficulty in obtaining inventory which it is relying on for revenue generation, and that will reduce its income.

**F.      Other Provisions of the Plan**

**1.      Executory Contracts and Unexpired Leases**

**a.      Assumptions**

The following are the unexpired leases and executory contracts to be assumed as obligations of the reorganized Debtor under this Plan (see Exhibit C for more detailed information on

unexpired leases to be assumed and Exhibit D for more detailed information on executory contracts to be assumed):

Burbank Industrial Properties lease to be assumed.  No other Executory contracts are pending.

16

1    The contract with Kaiser Health Care, which was already assumed by the Debtor pursuant to the

2  Stipulation between the Debtor and Kaiser.

3    On the Effective Date, each of the unexpired leases and executory contracts listed above shall be

4  assumed as obligations of the reorganized Debtor.  The Order of the Court confirming the

5  Plan shall constitute an Order approving the assumption of each lease and contract listed above.  If you are

6  a party to a lease or contract to be assumed and you object to the assumption of  your lease or contract,

7  you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of

8  the Plan. See Section {I.B.3.} of this document for the specific date.

9    **b.    Rejections**

10    On the Effective Date, the following executory contracts and unexpired leases will be rejected:

11    The Debtor is not aware of any executory contracts. However, to the extent that the Debtor has any

12  executory contracts the order confirming the Plan shall constitute an Order approving the rejection of the

13  lease or contract.  If you are a party to a contract or lease to be rejected and you object to the rejection of

14  your contract or lease, you must file and serve your objection to the Plan within the deadline for objecting

15  to the confirmation of the Plan. See Section {I.B.3.} of this document for the specific date.

16    THE BAR DATE FOR FILING A PROOF OF CLAIM BASED ON A CLAIM

17  ARISING FROM THE REJECTION OF A LEASE OR CONTRACT WAS MAY 1, 2009.

18  Any claim based on the rejection of a contract or lease will be barred if the proof of claim is not timely

19  filed, unless the Court later orders otherwise.

20    **2.    Changes in Rates Subject to Regulatory Commission Approval**

21    This Debtor is not subject to governmental regulatory commission approval of its rates.

22    **3.    Retention of Jurisdiction.**

23    The Court will retain jurisdiction to the extent provided  by law.

24  **G.    Tax Consequences of Plan**

25    CREDITORS AND INTEREST HOLDERS CONCERNED WITH HOW THE PLAN MAY

26  AFFECT THEIR TAX LIABILITY SHOULD CONSULT WITH THEIR OWN ACCOUNTANTS,

27  ATTORNEYS, AND/OR ADVISORS. The following disclosure of possible tax consequences is intended

28  solely for the purpose of alerting readers about possible tax issues this Plan may present to the Debtor.

17

The Proponent CANNOT and DOES NOT represent that the tax consequences contained below are the only tax consequences of the Plan because the Tax Code embodies many complicated rules which make it difficult to state completely and accurately all the tax implications of any action.

The following are the tax consequences which the Plan will have on the Debtor's tax liability:

Under the provisions of the Internal Revenue Code the discharge of indebtedness resulting in a case under title 11 of the United States Code does not result in discharge of indebtedness income and does not result in tax liabilities to the Debtor[2]. Also, the Debtor, to the extent of discharge of indebtedness will have at most a reduction in tax attributes in the year following the discharge.

In this case the Debtor has enormous losses from his pre-petition operations and that has resulted in a large net operating loss. That loss will offset earnings and result in no tax liability in the 2009 tax year.

Also, in the year of confirmation of the Plan, which is the fiscal year ending September 30, 2010, the Debtor will be able to take advantage of its large net operating loss, and that will offset income that it has estimated to earn during that year, thereby eliminating the liability for taxes.

## IV.

### CONFIRMATION REQUIREMENTS AND PROCEDURES

PERSONS OR ENTITIES CONCERNED WITH CONFIRMATION OR THIS PLAN SHOULD CONSULT WITH THEIR OWN ATTORNEYS BECAUSE THE LAW ON CONFIRMING A PLAN OF REORGANIZATION IS VERY COMPLEX.  The following discussion is intended solely for the purpose of alerting readers about basic confirmation issues, which they may wish to consider, as well as certain deadlines for filing claims. The proponent CANNOT and DOES NOT represent that the discussion contained below is a complete summary of the law on this topic.

Many requirements must be met before the Court can confirm a Plan.  Some of the requirements include that the Plan must be proposed in good faith, acceptance of the Plan, whether the Plan pays creditors at least as much as creditors would receive in a Chapter 7 liquidation, and whether the Plan is feasible.  These requirements are not the only requirements for confirmation.

---

[2] 26 U.S.C. §108(c)

A.    **Who May Vote or Object**

1.    **Who May Object to Confirmation of the Plan**

Any party in interest may object to the confirmation of the Plan, but as explained below not everyone is entitled to vote to accept or reject the Plan.

2.    **Who May Vote to Accept/Reject the Plan**

A creditor or interest holder has a right to vote for or against the Plan if that creditor or interest holder has a claim which is both (1) allowed or allowed for voting purposes and (2) classified in an impaired class.

a.    **What Is an Allowed Claim/Interest**

As noted above, a creditor or interest holder must first have an <u>allowed claim or interest</u> to have the right to vote. Generally, any proof of claim or interest will be allowed, unless a party in interest brings a motion objecting to the claim.  When an objection to a claim or interest is filed, the creditor or interest holder holding the claim or interest cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim or interest for voting purposes.

THE BAR DATE FOR FILING A PROOF OF CLAIM IN THIS CASE WAS MAY 1, 2009. A creditor or interest holder may have an allowed claim or interest even if a proof of claim or interest was not timely filed.  A claim is deemed allowed if (1) it is scheduled on the Debtor's schedules and such claim is not scheduled as disputed, contingent, or unliquidated, and (2) no party in interest has objected to the claim. An interest is deemed allowed if it is scheduled and no party in interest has objected to the interest. Consult Exhibits F through L to see how the Proponent has characterized your claim or interest.

b.    **What Is an Impaired Claim/Interest**

As noted above, an allowed claim or interest only has the right to vote if it is in a class that is <u>impaired</u> under the Plan. A class is impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class. For example, a class comprised of general unsecured claims is impaired if the Plan fails to pay the members of that class 100% of what they are owed.

In this case, the Proponent believes that classes 1, 2, 3, 4 and 5 are impaired and that holders of claims in each of these classes are therefore entitled to vote to accept or reject the Plan. The Proponent believes that class 6 is unimpaired and that holders of claims in each of these classes therefore do not have

19

the right to vote to accept or reject the Plan. Parties who dispute the Proponent's characterization of their claim or interest as being impaired or unimpaired may file an objection to the Plan contending that the Proponent has incorrectly characterized the class.

### 3.    Who is <u>Not</u> Entitled to Vote

The following four types of claims are <u>not</u> entitled to vote: (1) claims that have been disallowed; (2) claims in unimpaired classes; (3) claims entitled to priority pursuant to Code sections 507(a)(1), (a)(2), and (a)(8)[76]; and (4) claims in classes that do not receive or retain any value under the Plan. Claims in unimpaired classes are not entitled to vote because such classes are deemed to have accepted the Plan. Claims entitled to priority pursuant to Code sections 507(a)(1), (a)(2), and (a)(7) are not entitled to vote because such claims are not placed in classes and they are required to receive certain treatment specified by the Code. Claims in classes that do not receive or retain any value under the Plan do not vote because such classes are deemed to have rejected the Plan.  EVEN IF YOUR CLAIM IS OF THE TYPE DESCRIBED ABOVE, YOU MAY STILL HAVE A RIGHT TO OBJECT TO THE CONFIRMATION OF THE PLAN.

### 4.    Who Can Vote in More Than One Class

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim is entitled to accept or reject a Plan in both capacities by casting one ballot for the secured part of the claim and another ballot for the unsecured claim.

### 5.    Votes Necessary to Confirm the Plan

If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by "cramdown" on non-accepting classes, as discussed later in Section {IV.A.8.}.

### 6.    Votes Necessary for a Class to Accept the Plan

A class of claims is considered to have accepted the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the claims which actually voted, voted in favor of the Plan.  A class of interests is considered to have accepted the Plan when at least two-thirds (2/3) in amount of the interest-holders of such class which actually voted, voted to accept the Plan.

20

**7.    Treatment of Nonaccepting Classes**

As noted above, even if <u>all</u> impaired classes do not accept the proposed Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner required by the Code. The process by which nonaccepting classes are forced to be bound by the terms of the Plan is commonly referred to as "cramdown."  The Code allows the Plan to be "crammed down" on nonaccepting classes of claims or interests if it meets all consensual requirements except the voting requirements of 1129(a)(8) and if the Plan does not "discriminate unfairly" and is "fair and equitable" toward each impaired class that has not voted to accept the Plan as referred to in 11 U.S.C. § 1129(b) and applicable case law.

**8.    Request for Confirmation Despite Nonacceptance by Impaired Class(es)**

The party proposing this Plan will ask the Court to confirm this Plan by cramdown on impaired classes 1, 2, 3, 4 and 5 if any of these classes do not vote to accept the Plan.

Please note that the proposed Plan treatment described by this Disclosure Statement <u>cannot</u> be crammed down on the following classes. There are no such classes.

AS A RESULT, IF ANY OF THESE CLASSES DOES <u>NOT</u> VOTE TO ACCEPT THE PLAN, THE PLAN WILL <u>NOT</u> BE CONFIRMED.

**B.    Liquidation Analysis**

Another confirmation requirement is the "Best Interest Test", which requires a liquidation analysis. Under the Best Interest Test, if a claimant or interest holder is in an impaired class and that claimant or interest holder does not vote to accept the Plan, then that claimant or interest holder must receive or retain under the Plan property of a value not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Bankruptcy Code.

In a Chapter 7 case, the Debtor's assets are usually sold by a Chapter 7 trustee. Secured creditors are paid first from the sales proceeds of properties on which the secured creditor has a lien. Administrative claims are paid next.  Next, unsecured creditors are paid from any remaining sales proceeds, according to their rights to priority.  Unsecured creditors with the same priority share in proportion to the amount of their allowed claim in relationship to the amount of total allowed unsecured claims. Finally, interest holders receive the balance that remains after all creditors are paid, if any.

1    For the Court to be able to confirm this Plan, the Court must find that all creditors and interest

2    holders who do not accept the Plan will receive at least as much under the Plan as such holders would

3    receive under a Chapter 7 liquidation. The Plan Proponent maintains that this requirement is met here for

4    the following reasons:

5    a.    In a liquidation the value of the assets of the Debtor will be insufficient to pay the secured

6    creditor, and there will likely be an administratively insolvent estate.

7    b.    Under the terms and conditions of the Plan the Debtor will be paying 100% of the Class 1

8    creditor claims over time, the administrative creditor claims over time, and pay unsecured creditors a

9    percentage of their claims, which creditors would receive nothing if this case is converted to Chapter 7 of

10    the Bankruptcy Code.

11    c.    Also, the principals of the Debtor have agreed to continue working for the Debtor with no

12    increase in wages during the entire period of the Plan wherein if this case is converted to Chapter 7 and

13    liquidated there will be no business operate and the estate will undoubtedly be insolvent and result in

14    nothing for creditors, and only a portion of the claim of the Class 1 creditor.

15    d.    In a liquidation the assets will undoubtedly be foreclosed by the secured creditor and the

16    going concern value of the assets in an operating entity will be lost.

17    e.    It is also likely that the account receivables, which are shown as being worth 100% of their

18    book value will become uncollectible and hard if not impossible to collect if this case is converted to

19    Chapter 7.

20    f.    Also, if converted to Chapter 7, because of a new layer of administrative creditor claims,

21    the Debtor will be burdened with counsel for a Trustee, a Trustee and likely an accountant, that will eat up

22    any possibility of any distribution to creditors.

23    Below is a demonstration, in balance sheet format, that all creditors and interest holders will

24    receive at least as much under the Plan as such creditor or interest holder would receive under a Chapter 7

25    liquidation.  (See Exhibit E for a detailed explanation of how the following assets are valued. This

26    information is provided by the Debtor.

27    / / /

28    / / /

22

1       ///

2       ///

3    ASSETS VALUE AT LIQUIDATION VALUES:

4    CURRENT ASSETS
5    a.   Cash on hand                                    $37,380
     b.   Accounts receivable                             $529,641
6    c.   Inventories                                     $782,190
                                                          _____
7         TOTAL CURRENT ASSETS                            $1,349,211

8    FIXED ASSETS
     a.   Office furniture & equipment                    10,000
9    b.   Machinery & equipment                           7,000
     c.   Automobiles                                      18,000
10   d.   Building & Land                                  0
                                                          _____
11        TOTAL FIXED ASSETS                              35,000

12   OTHER ASSETS
     a.   Customer list                                   5,000
13   b.   Other intangibles                               5,000
                                                          _____
14        TOTAL OTHER ASSETS                              10,000

15   **TOTAL ASSETS AT LIQUIDATION VALUE**               **1,394,211**
                                                          _____
16   **Less:**                                            1,394,211
     Secured creditor's recovery
17   **Less:**                                            0
     Chapter 7 trustee fees and expenses
18   **Less:**                                            0
     Chapter 11 administrative expenses
19   **Less:**                                            581,487
     Priority claims,                                     $
20   excluding administrative expense claims              =========
     **Less:**                                            N/A
21   Debtor's claimed exemptions

22   (1) Balance for unsecured claims                     **$0**

23   (2) Total amt of unsecured claims                    $1,580,452.76
                                                          _____
24

25   % OF THEIR CLAIMS WHICH UNSECURED CREDITORS WOULD RECEIVE
          OR RETAIN IN A CH. 7 LIQUIDATION[2]: = 0
26   % OF THEIR CLAIMS WHICH UNSECURED CREDITORS WILL RECEIVE
          OR RETAIN UNDER THIS PLAN:        = $\geq$ 6.074%

27
     _____
28   [1/]     Note:   The deficiency portion of a secured recourse claim must be added to the total amount of

                                        23

2/    unsecured claims.
Note:   If this percentage is greater than the amount to be paid to the unsecured creditors on a "present value basis" under the Plan, the Plan is not confirmable unless Proponent obtains acceptance by every creditor in the general unsecured class.

Below is a demonstration, in tabular format, that all creditors and interest holders will receive at least as much under the Plan as such creditor or holder would receive under a Chapter 7 liquidation.

| CLAIMS & CLASSES | PAYOUT PERCENTAGE UNDER THE PLAN | PAYOUT PERCENTAGE IN CHAPTER 7 LIQUIDATION |
|---|---|---|
| Administrative Claims | 100% | 0% |
| Priority Tax Claims | 100% | 0% |
| Class 1 - Bank of America | 100% | 84.6% |
| Class 2 - Textron Financial | 6.074 % | 0% |
| Class 3 - First Professional Bank | 6.074 % | 0% |
| Class 4 - Unsecured creditors | 6.074 % | 0% |

## C.    Feasibility

Another requirement for confirmation involves the feasibility of the Plan, which means that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

There are at least two important aspects of a feasibility analysis. The first aspect considers whether the Debtor will have enough cash on hand on the Effective Date of the Plan to pay all the claims and expenses which are entitled to be paid on such date. The Plan Proponent maintains that this aspect of feasibility is satisfied as illustrated here:

Cash Debtor will have on hand by Effective Date                    $68,340.00

**To Pay:** Administrative claims                                   $ 3,000.00

**To Pay:** Statutory costs & charges                              _____

**To Pay:** Other Plan Payments due  on Effective Date             $17,500.00


Balance after paying these amounts...............                  $47,840.00

The sources of the cash Debtor will have on hand by the Effective Date, as shown above are:

| | |
|---|---|
| $ 37,380.00 | Cash in DIP Account now |
| +$30,960.00 | Additional cash DIP will accumulate from net earnings between now and Effective Date |
| + | Borrowing |
| + | Capital Contributions |
| + | Other |
| $68,340.00 | **Total** |

Debtor will not have any borrowing in this case.

The second aspect considers whether the Proponent will have enough cash over the life of the Plan to make the required Plan payments.

The Proponent has provided financial statements which include both historical and projected financial information. Please refer to Exhibit B for the relevant financial statements. YOU ARE ADVISED TO CONSULT WITH YOUR ACCOUNTANT OR FINANCIAL ADVISOR IF YOU HAVE ANY QUESTIONS PERTAINING TO THESE FINANCIAL STATEMENTS.

According to the attached financial projections, the total payment to creditors through out the term of the plan will be as follows:  Bank of America - $360,000., William Brownstein - $42,000., Priority creditors - $474,000; and unsecured creditors - $96,000.00 for a total of $972,000.00

In summary, the Plan proposes to pay $20,500 each month through September 2012, and then $23,000.00 a month through September 2013.  As Debtor's financial projections demonstrate, Debtor will have an average cash flow, after paying operating expenses and post-confirmation taxes, of $6,762.92each month for the life of the Plan.  The final Plan payment is expected to be paid on September 1, 2013. The Plan Proponent contends that Debtor's financial projections are feasible.  As shown by Debtor's historical financial statements, Debtor's average cash flow for the period from January 2009 through August 2009, after paying operating expenses and post-confirmation taxes, in the three years preceding the filing of this bankruptcy case was $345,102 for the fiscal year ending September 30, 2006; $164,705 for the fiscal year ending September 30, 2007 and -$279,370 for the fiscal year ending September 30, 2008, with losses of  -$299,438 for the fourth quarter of 2008, which was when the Debtor realized the need for the protection

25

1    under Chapter 11 of the Bankruptcy Code. That averages a cash flow of $6,401.03 a month.

2        Debtor's average  cash flow, after paying operating expenses and post-confirmation taxes, during

3    the bankruptcy case is $4,693.38 .  Furthermore, as discussed  earlier in the Disclosure Statement at

4    Section {II.E.4}, Debtor has implemented procedures to reduce its costs and increase its profits which

5    have helped considerably in building its profits.

6

7                                            **V.**

8                            **EFFECT OF CONFIRMATION OF PLAN**

9    **A.    Discharge**

10        This Plan provides that upon confirmation of the Plan the Debtor shall be discharged of liability for

11    payment of debts incurred before confirmation of the Plan, to the extent specified in 11 U.S.C.§ 1141.

12    However, the discharge will not discharge any liability imposed by the Plan.

13    **B.    Revesting of Property in the Debtor**

14        Except as provided in Section {V.E.}, and except as provided  elsewhere in the Plan, the

15    confirmation of the Plan revests all of the property of the estate in the Debtor.

16    **C.    Modification of Plan**

17        The Proponent of the Plan may modify the Plan at any time before confirmation.  However, the

18    Court may require a new disclosure statement and/or revoting on the Plan.

19        The Proponent of the Plan may also seek to modify the Plan at any time after confirmation only if

20    (1) the Plan has not been substantially consummated <u>and</u> (2) the Court authorizes the proposed

21    modifications after notice and a hearing.

22    **D.    Post-Confirmation Status Report**

23        Within 120 days of the entry of the order confirming the Plan, Plan Proponent shall file a status

24    report with the Court explaining what progress has been made toward consummation of the confirmed

25    Plan.  The status report shall be served on the United States Trustee, the twenty largest unsecured

26    creditors, and those parties who have requested special notice. Further status reports shall be filed every

27    120 days and served on the same entities.

28    **E.    Quarterly Fees**

Quarterly fees accruing under 28 U.S.C. § 1930(a)(6) to date of confirmation shall be paid to the United States Trustee on or before the effective date of the plan.  Quarterly fees accruing under 28 U.S.C. § 1930(a)(6) after confirmation shall be paid to the United States Trustee in accordance with 28 U.S.C. § 1930(a)(6) until entry of a final decree, or entry of an order of dismissal or conversion to chapter 7.

**F.    Post-Confirmation Conversion/Dismissal**

A creditor or party in interest may bring a motion to convert or dismiss the case under § 1112(b), after the Plan is confirmed, if there is a default in performing the Plan.  If the Court orders, the case converted to Chapter 7 after the Plan is confirmed, then all property that had been property of the Chapter 11 estate, and that has not been disbursed pursuant to the Plan, will revest in the Chapter 7, estate. The automatic stay will be reimposed upon the revested property, but only to the extent that relief from stay was not previously authorized by the Court during this case.

The order confirming the Plan may also be revoked under very  limited circumstances. The Court may revoke the order if the order of confirmation was procured by fraud and if the party in  interest brings an adversary proceeding to revoke confirmation  within 180 days after the entry of the order of confirmation.

**G.    Final Decree**

Once the estate has been fully administered as referred to in Bankruptcy Rule 3022, the Plan Proponent, or other party as the Court shall designate in the Plan Confirmation Order, shall file a motion with the Court to obtain a final decree to close  the case.

Date: October 5, 2009                    Metro RV Inc., a California corporation

By: _____

Roberto Almuina, President

Dated: October 5, 2009                   William H. Brownstein & Associates,
                                         Professional Corporation

By: _____

William H. Brownstein, Attorneys for Debtor

# VI.

## SUPPORTING DECLARATIONS

DECLARATION OF ROBERTO ALMUINA

I, ROBERTO ALMUINA, do hereby declare and state as follows:

1.      I am the president of the Debtor and I am the person who provided the information used in the preparation of the foregoing Disclosure Statement and Plan of Reorganization.

2. The information contained therein is true and correct to the best of my knowledge, information and belief and it is based on the books and records maintained by the Debtor in the ordinary course of Debtor's business.

I declare that the foregoing is true and correct under penalty of perjury and if called upon to testify thereon as a witness I would be competent to so testify.

Executed this 5th day of October 2009 in Burbank, California.

_____
Roberto Almuina

1

2                                EXHIBIT A - LIST OF ALL ASSETS

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

X. BALANCE SHEET
(ACCRUAL BASIS ONLY) Page 15 of 16

**31-Aug-09**

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 37,380.44 | |
| Restricted Cash | 130,310.92 | |
| Accounts Receivable | 108,323.00 | |
| Inventory | 2,774,723.00 | |
| Notes Receivable - Contracts in Transit | 421,318.79 | |
| Prepaid Expenses | 25,333.00 | |
| Other (Itemize) - Estimated Year End Write-off | 1,056,936.00 | |
| Total Current Assets | | 4,554,325.15 |
| | | |
| Property, Plant, and Equipment | 342,842.00 | |
| Accumulated Depreciation/Depletion | (326,815.00) | |
| Net Property, Plant, and Equipment | | 16,027.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Other Assets | 0.00 | 0.00 |
| TOTAL ASSETS | | 4,570,352.15 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 68,995.63 | |
| Taxes Payable | 49,959.12 | |
| Notes Payable | 0.00 | |
| Professional fees | 0.00 | |
| Secured Debt | 359,193.17 | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | 478,147.92 | 478,147.92 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 2,648,608.15 | |
| Priority Liabilities | | |
| Unsecured Liabilities | 802,763.00 | |
| Other (Itemize) - taxes | 284,519.00 | |
| Total Pre-petition Liabilities | | 3,735,890.15 |
| TOTAL LIABILITIES | | 4,214,038.07 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 198,733.00 | |
| Post-petition Profit/(Loss) | 157,581.08 | |
| Direct Charges to Equity | 0.00 | |
| TOTAL EQUITY | | 356,314.08 |
| | | |
| TOTAL LIABILITIES & EQUITY | | 4,570,352.15 |

EXHIBIT "A"

1

2

**EXHIBIT B - FINANCIAL STATEMENTS**

3        As directed by the Court, the historical financial statements for the three years preceding the

4   petition date and projected financial statements for the life of the Plan are attached. This information is

5   supplied by the Debtor and is  based on the financial records maintained by the Debtor in its ordinary

6   course of business.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## METRO RV, INC.

**BALANCE SHEET**
**Fiscal Year Jan 1, 2005 - Sept 30, 2006**

| ASSETS | AS OF:<br>3/31/2005 | AS OF:<br>6/30/2005 | AS OF:<br>9/30/2005 | AS OF:<br>12/31/2005 | AS OF:<br>3/31/2006 | AS OF:<br>6/30/2006 | AS OF:<br>9/30/2006 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash in Bank | $ 94,607 | $ 107,329 | $ 135,710 | $ 126,391 | $ 105,055 | $ 116,894 | $ 190,455 |
| Accounts Receivable | 168,122 | 209,329 | 238,410 | 192,258 | 200,678 | 249,568 | 196,198 |
| Inventory | $1,897,646 | 2,561,865 | $2,756,051 | $3,479,063 | 4,441,483 | 4,409,836 | 5,094,497 |
| Prepaid expenses | 21,743 | 89,944 | 66,999 | 72,963 | 110,591 | 118,853 | 97,624 |
| **TOTAL CURRENT ASSETS** | **$2,182,118** | **$ 2,968,467** | **$3,197,170** | **$3,870,675** | **$ 4,857,807** | **$ 4,895,151** | **$ 5,578,774** |
| **PROPERTY & EQUIPMENT** | | | | | | | |
| Depreciable property and equipment at cost | $ 332,807 | $ 332,807 | $ 337,469 | $ 337,469 | $ 337,469 | $ 337,469 | 341,988 |
| Less: Accumulated depreciation and amortization | $ (298,119) | (298,119) | (309,932) | (314,209) | (318,754) | (323,616) | (282,563) |
| **NET DEPRECIABLE PROP & EQUIP** | **34,688** | **34,688** | **27,537** | **23,260** | **18,715** | **13,853** | **59,425** |
| **NET PROPERTY & EQUIPMENT** | **$ 34,688** | **$ 34,688** | **$ 27,537** | **$ 23,260** | **$ 18,715** | **$ 13,853** | **$ 59,425** |
| **OTHER ASSETS** | | | | | | | |
| Deposits | 30,602 | 85,051 | 27,700 | 20,444 | 61,671 | 87,996 | 35,709 |
| **TOTAL OTHER ASSETS** | **$ 30,602** | **$ 85,051** | **$ 27,700** | **$ 20,444** | **$ 61,671** | **$ 87,996** | **$ 35,709** |
| **TOTAL ASSETS** | **$2,247,408** | **$ 3,088,206** | **$3,252,407** | **$3,914,379** | **$ 4,938,193** | **$ 4,997,000** | **$ 5,673,908** |

**LIABILITIES & STOCKHOLDER EQUITY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CURRENT LIABILITIES:** | | | | | | | |
| Accounts payable - Trade | $ 237,102 | $ 381,724 | $ 366,723 | $ 363,109 | $ 267,109 | $ 345,316 | $ 221,100 |
| Payroll taxes payable | 35,778 | 38,268 | 39,054 | 35,304 | 33,575 | 30,613 | 35,257 |
| Sales taxes payable | 66,376 | 68,488 | 83,858 | 82,344 | 84,713 | 88,038 | 84,105 |
| Income taxes payable | 14,934 | 26,926 | 26,926 | 26,925 | 26,921 | 26,921 | 26,921 |
| Notes payable Short term - Flooring | $1,119,857 | 1,666,264 | $1,791,069 | $2,195,737 | 3,358,308 | 3,214,217 | 4,143,929 |
| Accounts payable/rental commissions | 35,000 | 23,740 | 86,718 | 89,943 | 77,500 | 85,643 | 90,729 |
| **TOTAL CURRENT LIABILITIES** | **$1,598,946** | **$ 2,205,410** | **$2,394,348** | **$2,793,362** | **$ 3,919,537** | **$ 3,911,989** | **$ 4,690,181** |

EXHIBIT "B"

32

**OTHER LIABILITIES:**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Officers loan payable | $ | 192,696 | $ | 192,696 | $ | 152,696 | $ | 348,777 | $ | 351,280 | $ | 350,740 | $ 342,269 |
| **TOTAL OTHER LIABILITIES** | **$** | **192,696** | **$** | **192,696** | **$** | **152,696** | **$** | **348,777** | **$** | **351,280** | **$** | **350,740** | **$ 342,269** |
| **TOTAL LIABILITIES** | | **$1,791,642** | **$** | **2,534,114** | | **$2,644,181** | | **$3,243,550** | **$** | **4,270,817** | **$** | **4,262,729** | **$ 5,032,450** |

**STOCKHOLDER EQUITY**
COMMON STOCK : 10,000 shares authorized

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,000 shares issued & outstanding | $ | 149,872 | $ | 149,872 | $ | 149,872 | $ | 149,872 | $ | 149,872 | $ | 149,872 | $ 149,872 |
| RETAINED EARNINGS (Exhibit "C") | $ | 305,894 | $ | 404,220 | $ | 458,354 | $ | 520,957 | $ | 517,504 | $ | 584,399 | $ 491,586 |
| NET INCOME | | | | | | | | | | | | | |
| **TOTAL STOCKHOLDER EQUITY** | **$** | **455,766** | **$** | **554,092** | **$** | **608,226** | **$** | **670,829** | **$** | **667,376** | **$** | **734,271** | **$ 641,458** |
| **TOTAL LIABILITIES & STOCKHOLDER EQUITY** | **$2,247,408** | | **$** | **3,088,206** | | **$3,252,407** | | **$3,914,379** | **$** | **4,938,193** | **$** | **4,997,000** | **$ 5,673,908** |

X 1 BALANCE SHEET
(ACCRUAL BASIS ONLY) age 15 of 16

**31-Jan-10**

| ASSETS | Current Month End | |
|---|---:|---:|
| Current Assets: | | |
| Unrestricted Cash | 68,340.00 | |
| Restricted Cash | 50,000.00 | |
| Accounts Receivable | 70,780.00 | |
| Inventory | 1,364,964.00 | |
| Notes Receivable - Contracts in Transit | 121,318.00 | |
| Prepaid Expenses | 25,333.00 | |
| Other (Itemize) - Estimated Year End Write-off | 1,079,062.63 | |
| Total Current Assets | | 2,779,797.63 |
| | | |
| Property, Plant, and Equipment | 342,842.00 | |
| Accumulated Depreciation/Depletion | (326,815.00) | |
| Net Property, Plant, and Equipment | | 16,027.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Other Assets | 0.00 | 0.00 |
| | | |
| TOTAL ASSETS | | 2,795,824.63 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 48,995.63 | |
| Taxes Payable | 27,959.00 | |
| Notes Payable | 0.00 | |
| Professional fees | 0.00 | |
| Secured Debt | 110,000.00 | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | 186,954.63 | 186,954.63 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 1,114,964.00 | |
| Priority Liabilities | | |
| Unsecured Liabilities | 802,763.00 | |
| Other (Itemize) - taxes | 284,519.00 | |
| Total Pre-petition Liabilities | | 2,202,246.00 |
| TOTAL LIABILITIES | | 2,389,200.63 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 198,733.00 | |
| Post-petition Profit/(Loss) | 207,891.00 | |
| Direct Charges to Equity | 0.00 | |
| TOTAL EQUITY | | 406,624.00 |
| | | |
| TOTAL LIABILITIES & EQUITY | EXHIBIT "B" | 2,795,824.63 |

## METRO RV, INC.
**BALANCE SHEET**
**For Fiscal Year Oct 1, 2006 - Sept 30, 2007**

| ASSETS | AS OF: 12/31/2006 | AS OF: 3/31/2007 | AS OF: 6/30/2007 | AS OF: 9/30/2007 |
|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | |
| Cash in Bank | $ 199,061 | $ 219,413 | $ 239,692 | $ 186,779 |
| Accounts Receivable | $ 394,964 | $ 693,721 | $ 784,137 | $ 390,169 |
| Inventory | $ 6,809,770 | $ 4,752,245 | $ 6,187,020 | $ 5,784,872 |
| Prepaid expenses | $ 100,342 | $ 314,873 | $ 112,242 | $ 42,141 |
| **TOTAL CURRENT ASSETS** | **$ 7,504,137** | **$ 5,980,252** | **$ 7,323,091** | **$ 6,403,961** |
| | | | | |
| **PROPERTY & EQUIPMENT** | | | | |
| Depreciable property and equipment at cost | $ 341,988 | $ 341,988 | $ 342,716 | $ 342,716 |
| Less: Accumulated depreciation and amortization | $ (282,563) | $ (282,563) | $ (282,563) | $ (326,815) |
| **NET DEPRECIABLE PROP & EQUIP** | **$ 59,425** | **$ 59,425** | **$ 60,153** | **$ 15,901** |
| **NET PROPERTY & EQUIPMENT** | **$ 59,425** | **$ 59,425** | **$ 60,153** | **$ 15,901** |
| **OTHER ASSETS:** | | | | |
| Deposits | $ 35,709 | | $ 37,071 | $ 27,700 |
| **TOTAL OTHER ASSETS** | **$ 35,709** | | **$ 37,071** | **$ 27,700** |
| **TOTAL ASSETS** | **$ 7,599,271** | **$ 6,039,677** | **$ 7,420,315** | **$ 6,447,562** |
| | | | | |
| **LIABILITIES & STOCKHOLDER EQUITY** | | | | |
| **CURRENT LIABILITIES:** | | | | |
| Accounts payable - Trade | $ 568,801 | $ 370,704 | $ 630,835 | $ 308,511 |
| Payroll taxes payable | $ 43,441 | $ 164,701 | $ 54,466 | $ 49,755 |
| Sales taxes payable | $ 82,855 | $ 266,142 | $ 111,297 | $ 85,693 |
| Income taxes payable | $ 26,921 | $ 26,921 | $ 26,671 | $ 33,281 |
| Notes payable Short term - Flooring | $ 5,733,560 | $ 4,739,364 | $ 5,425,001 | $ 5,003,653 |
| Accounts payable/rental commissions | $ 78,248 | $ 70,924 | $ 75,326 | $ 22,525 |
| | | | | |
| **TOTAL CURRENT LIABILITIES** | **$ 6,533,826** | **$ 5,638,756** | **$ 6,323,596** | **$ 5,503,418** |
| | | | | |
| **OTHER LIABILITIES:** | | | | |
| Officers loan payable | $ 326,039 | $ 329,510 | $ 311,088 | $ 305,934 |
| | | | | |
| **TOTAL OTHER LIABILITIES** | **$ 326,039** | **$ 329,510** | **$ 311,088** | **$ 305,934** |
| | | | | |
| **TOTAL LIABILITIES** | **$ 6,931,276** | **$ 5,968,266** | **$ 6,709,095** | **$ 5,809,352** |
| | | | | |
| **STOCKHOLDER EQUITY** | | | | |
| COMMON STOCK : 10,000 shares authorized | | | | |
| 1,000 shares issued & outstanding | $ 149,872 | | $ 149,872 | $ 149,872 |
| RETAINED EARNINGS (Exhibit "C") | $ 518,123 | | $ 561,348 | $ 467,671 |
| NET INCOME | | | | $ 20,667 |
| | | | | |
| **TOTAL STOCKHOLDER EQUITY** | **$ 667,995** | | **$ 711,220** | **$ 638,210** |
| **TOTAL LIABILITIES & STOCKHOLDER** | **$ 7,599,271** | | **$ 7,420,315** | **$ 6,447,562** |

EXHIBIT "B"

## METRO RV, INC.
**BALANCE SHEET**
**For Fiscal Year Oct 1, 2007 - Sept 30, 2008**

| ASSETS | AS OF: 12/31/2007 | AS OF: 3/31/2008 | AS OF: 6/30/2008 | AS OF: 9/30/2008 |
|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | |
| Cash in Bank | $ 175,149 | $ 185,276 | $ | $ 28,305 |
| Accounts Receivable | $ 351,239 | $ 334,898 | $ | $ 125,440 |
| Inventory | $ 6,859,538 | $ 6,396,703 | $ | $ 6,144,431 |
| Prepaid expenses | $ 92,141 | $ 131,557 | $ | $ 31,629 |
| **TOTAL CURRENT ASSETS** | **$ 7,478,067** | **$ 7,048,434** | **$** | **$ 6,329,805** |
| | | | | |
| **PROPERTY & EQUIPMENT** | | | | |
| Depreciable property and | | | | |
| equipment at cost | $ 344,792 | $ 344,792 | | 344,792 |
| Less: Accumulated depreciation | | | | |
| and amortization | $ (326,815) | $ (326,815) | $ | (326,815) |
| **NET DEPRECIABLE PROP & EQUIP** | $ 17,977 | $ 17,977 | $ | 17,977 |
| | | | | |
| **NET PROPERTY & EQUIPMENT** | **$ 17,977** | **$ 17,977** | **$** | **17,977** |
| | | | | |
| **OTHER ASSETS:** | | | | |
| Deposits | $ 27,700 | $ 27,700 | | 27,700 |
| | | | | |
| **TOTAL OTHER ASSETS** | **$ 27,700** | **$ 27,700** | **$** | **27,700** |
| | | | | |
| **TOTAL ASSETS** | **$ 7,523,744** | **$ 7,094,111** | **$** | **6,375,482** |
| | | | | |
| **LIABILITIES & STOCKHOLDER EQUITY** | | | | |
| **CURRENT LIABILITIES:** | | | | |
| Accounts payable - Trade | $ 483,200 | $ 367,047 | $ | 455,726 |
| Payroll taxes payable | $ 47,151 | $ 45,669 | $ | 124,164 |
| Sales taxes payable | $ 101,050 | $ 97,890 | $ | 144,989 |
| Income taxes payable | $ 28,281 | $ 21,380 | $ | - |
| Notes payable Short term - Flooring | $ 5,858,378 | $ 5,549,084 | $ | 5,236,726 |
| Accounts payable/rental commissions | $ 69,926 | $ 57,482 | $ | 51,711 |
| **TOTAL CURRENT LIABILITIES** | **$ 6,587,986** | **$ 6,138,552** | **$** | **6,013,316** |
| | | | | |
| **OTHER LIABILITIES:** | | | | |
| Officers loan payable | $ 306,510 | $ 306,849 | | 450,000 |
| **TOTAL OTHER LIABILITIES** | **$ 306,510** | **$ 306,849** | **$** | **450,000** |
| | | | | |
| **TOTAL LIABILITIES** | **$ 6,894,496** | **$ 6,445,401** | **$** | **6,058,316** |
| **STOCKHOLDER EQUITY** | | | | |
| COMMON STOCK : 10,000 shares authorized | | | | |
| 1,000 shares issued & outstanding | $ 149,872 | $ 149,872 | | 149,872 |
| RETAINED EARNINGS (Exhibit "C") | $ 488,388 | $ 488,388 | | 462,732 |
| NET INCOME | $ (9,012) | $ 10,450 | | (295,438) |
| **TOTAL STOCKHOLDER EQUITY** | **$ 629,248** | **$ 648,710** | **$** | **317,166** |
| **TOTAL LIABILITIES & STOCKHOLDER EQUITY** | **$ 7,523,744** | **$ 7,094,111** | **$** | **6,375,482** |

EXHIBIT "B"

**METRO RV, INC.**

**STATEMENT OF INCOME**
For Fiscal Year Oct 1, 2005 - Sept 30, 2006

| | AS OF: 12/31/2005 | AS OF: 3/31/2006 | AS OF: 6/30/2006 | AS OF: 9/30/2006 |
|---|---|---|---|---|
| **SALES:** | | | | |
| Sales | $ 3,742,198 | $ 7,091,386 | $ 12,185,140 | $ 16,447,128 |
| **TOTAL SALES** | $ 3,742,198 | $ 7,091,386 | $ 12,185,140 | $ 16,447,128 |
| **COST OF GOODS SOLD:** | | | | |
| Beginning Inventory | $ 2,756,051 | $ 2,756,051 | $ 2,756,051 | $ 2,756,051 |
| Purchases | $ 3,363,458 | $ 6,745,924 | $ 10,728,923 | $ 14,947,091 |
| Rental commissions | $ 16,840 | $ 28,523 | $ 40,386 | $ 271,425 |
| Shop salaries | $ 61,980 | $ 130,676 | $ 158,325 | $ 267,458 |
| Shop payroll taxes | $ 9,297 | $ 19,601 | $ 23,749 | $ 58,038 |
| Sub-contract services | $ 36,415 | $ 67,570 | $ 100,736 | $ 181,083 |
| **TOTAL AVAILABLE INVENTORY** | $ 6,244,041 | $ 9,748,345 | $ 13,808,170 | $ 18,481,146 |
| Less: Ending inventory | $ (3,375,491) | $ (4,375,873) | $ (4,342,282) | $ (5,520,846) |
| **TOTAL COSTS OF GOODS SOLD** | $ 2,868,550 | $ 5,372,472 | $ 9,465,888 | $ 12,960,300 |
| **GROSS PROFIT** | $ 873,648 | $ 1,718,914 | $ 2,719,252 | $ 3,486,828 |
| **OPERATING EXPENSES** | $ (814,798) | $ (1,676,181) | $ (2,619,542) | $ (3,395,331) |
| **OPERATING PROFIT** | $ 58,850 | $ 42,733 | $ 99,710 | $ 91,497 |
| **OTHER INCOME / EXPENSE** | $ 3,753 | $ 16,417 | $ 26,331 | $ 33,811 |
| **INCOME BEFORE TAXES** | $ 62,603 | $ 59,150 | $ 126,041 | $ 125,308 |
| **PROVISION FOR INCOME TAXES** | | | | $ 28,000 |
| **NET INCOME** | $ 62,603 | $ 59,150 | $ 126,041 | $ 97,308 |

**METRO RM, INC.**

**STATEMENT OF INCOME**

**For Fiscal Year Oct 1, 2006 - Sept 30, 2007**

| | AS OF: 12/31/2006 | AS OF: 3/31/2007 | AS OF: 6/30/2007 | AS OF: 9/30/2007 |
|---|---|---|---|---|
| **SALES:** | | | | |
| Sales | $ 4,319,987 | $ 9,144,163 | $ 14,144,976 | $ 17,997,983 |
| | | | | |
| **TOTAL SALES** | $ 4,319,987 | $ 9,144,163 | $ 14,144,976 | $ 17,997,983 |
| | | | | |
| **COST OF GOODS SOLD** | | | | |
| Beginning Inventory | $ 5,520,846 | $ 5,520,846 | $ 5,520,846 | $ 5,520,846 |
| Purchases | $ 4,557,106 | $ 6,280,246 | $ 10,940,999 | $ 13,584,246 |
| Rental commissions | $ 40,472 | $ 84,509 | $ 162,999 | $ 293,347 |
| Shop salaries | $ 64,649 | $ 128,998 | $ 203,331 | $ 349,597 |
| Shop payroll taxes | $ 9,697 | $ 19,350 | $ 30,500 | $ 29,744 |
| Sub-contract services | $ 32,960 | $ 62,422 | $ 61,027 | $ 91,988 |
| | | | | |
| **TOTAL AVAILABLE INVENTORY** | $ 10,225,730 | $ 12,096,371 | $ 16,919,702 | $ 19,869,768 |
| Less: Ending Inventory | $ (6,789,794) | $ (4,698,652) | $ (5,870,462) | $ (5,784,872) |
| | | | | |
| **TOTAL COSTS OF GOODS SOLD** | $ 3,435,936 | $ 7,397,719 | $ 11,049,240 | $ 14,084,896 |
| | | | | |
| **GROSS PROFIT** | $ 884,051 | $ 1,746,444 | $ 3,095,736 | $ 3,913,087 |
| | | | | |
| **OPERATING EXPENSES** | $ (860,159) | $ (1,725,674) | $ (3,059,381) | $ (3,926,277) |
| | | | | |
| **OPERATING PROFIT** | $ 23,892 | $ 20,770 | $ 36,355 | $ (13,190) |
| | | | | |
| **OTHER INCOME / EXPENSE** | $ 2,645 | $ 28,210 | $ 32,166 | $ 37,504 |
| | | | | |
| **INCOME BEFORE TAXES** | $ 26,537 | $ 48,980 | $ 68,521 | $ 24,314 |
| | | | | |
| **PROVISION FOR INCOME TAXES** | | | | $ (3,647) |
| | | | | |
| **NET INCOME** | $ 26,537 | $ 48,980 | $ 68,521 | $ 20,667 |

## STATEMENT OF INCOME
### For Fiscal Year Oct 1, 2007 - Sept 30, 2008

| | AS OF: 12/31/2007 | AS OF: 3/31/2008 | AS OF: 6/30/2008 | AS OF: 9/30/2008 |
|---|---|---|---|---|
| **SALES:** | | | | |
| Sales | $ 5,182,074 | $ 9,219,618 | $ 13,157,214 | $ 17,159,534 |
| **TOTAL SALES** | $ 5,182,074 | $ 9,219,618 | $ 13,157,214 | $ 17,159,534 |
| **COST OF GOODS SOLD:** | | | | |
| Beginning Inventory | | | | |
| Purchases | $ 5,784,872 | $ 5,784,872 | $ 5,784,872 | $ 5,784,872 |
| Rental commissions | $ 5,011,292 | $ 7,411,144 | $ 10,176,078 | $ 13,155,027 |
| Shop salaries | $ 48,746 | $ 79,850 | $ 132,889 | $ 260,094 |
| Shop payroll taxes | $ 93,958 | $ 183,014 | $ 320,234 | $ 429,504 |
| Sub-contract services | $ 14,094 | $ 27,452 | $ 48,035 | $ 64,426 |
| | $ 37,451 | $ 56,224 | $ 74,048 | $ 93,695 |
| **TOTAL AVAILABLE INVENTORY** | $ 10,990,413 | $ 13,542,556 | $ 16,536,156 | $ 19,787,618 |
| Less: Ending inventory | $ (6,859,538) | $ (6,396,703) | $ (6,241,309) | $ (6,144,431) |
| **TOTAL COSTS OF GOODS SOLD** | $ 4,130,875 | $ 7,145,853 | $ 10,294,847 | $ 13,643,187 |
| **GROSS PROFIT** | $ 1,051,199 | $ 2,073,765 | $ 2,862,367 | $ 3,516,347 |
| **OPERATING EXPENSES** | $ (1,066,341) | $ (2,076,612) | $ (2,896,436) | $ (3,864,489) |
| **OPERATING PROFIT** | $ (15,142) | $ (2,847) | $ (34,069) | $ (348,142) |
| **OTHER INCOME / EXPENSE** | $ 6,130 | $ 13,297 | $ 48,699 | $ 52,704 |
| **INCOME BEFORE TAXES** | $ (9,012) | $ 10,450 | $ 14,630 | $ (295,438) |
| **PROVISION FOR INCOME TAXES** | | | | |
| **NET INCOME** | $ (9,012) | $ 10,450 | $ 14,630 | $ (295,438) |

| Current Income Statement | Jan-09 Actual | Feb-09 Actual | Mar-09 Actual | Apr-09 Actual | May-09 Actual | Jun-09 Actual | Jul-09 Actual | Aug-09 Actual |
|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | |
| New Vehicle Dept | $ 139,291 | $ 319,382 | $ 23,695 | $ 205,731 | $ - | $ 395,518 | $ 322,434 | $ 74,975 |
| Used Vehicle Collateral | $ 48,846 | $ 16,685 | $ 36,835 | $ 22,901 | $ 66,985 | | $ - | |
| Used Vehicle non Coll. | $ 158,865 | $ 179,587 | $ 294,153 | $ 77,449 | $ 206,251 | $ 79,198 | $ 21,037 | $ 165,296 |
| Rental Dept | $ 32,974 | $ 14,176 | $ 32,394 | $ 67,401 | $ 59,557 | $ 51,038 | $ 126,945 | $ 115,529 |
| Service Dept labor | $ 58,630 | $ 57,499 | $ 56,665 | $ 71,246 | $ 70,606 | $ 78,106 | $ 81,289 | $ 81,885 |
| Service Dept Parts | $ 31,185 | $ 35,779 | $ 33,715 | $ 44,875 | $ 33,336 | $ 57,311 | $ 61,206 | $ 68,929 |
| Parts Dept | $ 12,129 | $ 9,534 | $ 18,963 | $ 20,161 | $ 35,094 | $ 22,918 | $ 12,887 | $ 22,310 |
| Other Income/Loss | | $ 848 | $ 650 | $ 693 | $ 438 | | | |
| **Total Sales** | **$ 481,920** | **$ 633,490** | **$ 497,070** | **$ 510,457** | **$ 472,267** | **$ 684,089** | **$ 625,798** | **$ 528,924** |
| | | | | | | | | |
| **Cost Vehicles Collateral** | **$ 159,606** | **$ 307,001** | **$ 45,865** | **$ 200,454** | **$ 64,265** | **$ 371,058** | **$ 275,417** | **$ 69,490** |
| **Cost Vehicles non Coll** | **$ 137,472** | **$ 134,340** | **$ 247,103** | **$ 56,893** | **$ 168,939** | **$ 71,451** | **$ 15,460** | **$ 144,759** |
| **Cost Rental** | **$ 7,901** | **$ 5,443** | **$ 13,054** | **$ 24,038** | **$ 17,144** | **$ 20,584** | **$ 52,637** | **$ 44,182** |
| **Cost Labor** | **$ 16,436** | **$ 16,643** | **$ 16,383** | **$ 20,529** | **$ 23,871** | **$ 24,791** | **$ 24,586** | **$ 27,134** |
| **Cost Service Parts** | **$ 18,832** | **$ 18,725** | **$ 19,825** | **$ 27,176** | **$ 20,489** | **$ 35,638** | **$ 37,785** | **$ 43,170** |
| **Cost Parts** | **$ 6,420** | **$ 4,856** | **$ 11,533** | **$ 11,732** | **$ 23,781** | **$ 13,810** | **$ 7,865** | **$ 14,322** |
| | | | | | | | | |
| **Total Cost of Sales** | **$ 346,667** | **$ 487,008** | **$ 353,763** | **$ 340,822** | **$ 318,489** | **$ 537,332** | **$ 413,750** | **$ 343,057** |
| | | | | | | | | |
| **Gross Profit** | **$ 135,253** | **$ 146,482** | **$ 143,307** | **$ 169,635** | **$ 153,778** | **$ 146,757** | **$ 212,048** | **$ 185,867** |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Sales Compensation | $ 21,324 | $ 27,368 | $ 29,373 | $ 24,937 | $ 26,966 | $ 30,493 | $ 26,083 | $ 27,402 |
| Salaries - Owners | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 |
| Salaries - Supervisors | $ 11,838 | $ 11,825 | $ 11,838 | $ 11,795 | $ 12,050 | $ 11,774 | $ 12,277 | $ 12,481 |
| Salaries - Clerical | $ 5,058 | $ 4,968 | $ 5,620 | $ 5,320 | $ 4,126 | $ 2,719 | $ 2,421 | $ 2,339 |
| Salaries - Other | $ 18,900 | $ 19,593 | $ 20,943 | $ 23,571 | $ 20,829 | $ 22,576 | $ 22,103 | $ 21,546 |
| Absentee Comp | $ 1,092 | $ - | | | | | | |
| Payroll Taxes | $ 13,627 | $ 11,171 | $ 9,388 | $ 8,825 | $ 7,578 | $ 7,056 | $ 7,286 | $ 7,100 |
| Employee Benefits | $ 5,111 | $ 5,200 | $ 4,443 | $ 4,701 | $ 4,986 | $ 4,697 | $ 4,720 | $ 5,484 |
| | | | | | | | | |
| **Total Personnel** | **$ 88,950** | **$ 92,125** | **$ 93,605** | **$ 91,149** | **$ 88,535** | **$ 91,315** | **$ 86,890** | **$ 88,352** |
| | | | | | | | | |
| Company Veh Exp | $ 1,406 | $ 776 | $ 1,872 | $ 1,603 | $ 2,108 | $ 1,730 | $ 1,962 | $ 2,192 |
| Office Supplies | $ 901 | $ 1,588 | $ 571 | $ 1,206 | $ 1,100 | $ 1,381 | $ 2,056 | $ 1,235 |
| Other Supplies | $ 324 | $ 1,414 | $ 1,000 | $ 3,035 | $ 1,353 | $ 2,124 | $ 227 | $ 3,089 |
| Advertising | $ 3,209 | $ 4,719 | $ 3,010 | $ 9,435 | $ 3,292 | $ 3,164 | $ 3,968 | $ 6,486 |
| Contributions | | | | | | | | $ 50 |
| Policy Work | $ 961 | $ 1,332 | $ 1,972 | $ 465 | $ 629 | $ - | $ 1,658 | $ 2,011 |
| Data Processing | $ 1,260 | $ 865 | $ 153 | $ 1,369 | $ 522 | $ 700 | $ 1,183 | $ 485 |
| Outside Services | $ 3,120 | $ 3,198 | $ 3,484 | $ 3,097 | $ 5,881 | $ 3,923 | $ 7,688 | $ 9,920 |
| Bankruptcy Attorney | $ 4,000 | $ 5,000 | | $ 1,000 | | | $ 600 | $ 3,000 |
| US Trustee | $ 1,951 | $ - | | $ 4,875 | | | $ 4,875 | |
| Telephone | $ 2,465 | $ 1,345 | $ 1,359 | $ 1,675 | $ 435 | $ 2,237 | $ 2,626 | $ 162 |
| Training | | | | | | | | |
| Interest Expense | | | | | | | | $ 1,434 |
| Misc. Exp | $ (194) | $ (326) | $ 1,656 | $ 572 | $ 1,801 | $ 138 | $ 972 | $ 409 |
| | | | | | | | | |
| **Total Semi-fixed Exp** | **$ 19,403** | **$ 19,911** | **$ 15,077** | **$ 28,332** | **$ 17,121** | **$ 15,397** | **$ 27,815** | **$ 30,473** |
| | | | | | | | | |
| Rent | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 |
| Repairs R/E | | | $ 400 | $ 200 | | | $ 200 | $ 411 |
| Taxes R/E | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 |
| Insurance Bldgs | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 |
| Utilities | $ 1,862 | $ 1,945 | $ 1,862 | $ 1,825 | $ 2,313 | $ 2,311 | $ 2,271 | $ 2,494 |
| Insurance Other | $ 3,520 | $ 1,138 | $ 3,670 | $ 1,083 | $ 3,505 | $ 1,754 | $ 2,789 | $ 3,021 |
| Taxes Other | $ 1,554 | | $ 1,465 | $ 181 | | | | $ 69 |
| Repairs Equipment | | | | | $ 224 | | | $ - |
| Depreciation Equipment | | | | | | | | $ - |
| Equipment Rental | | | | | | | | $ - |
| | | | | | | | | |
| **Total Fixed Expense** | **$ 30,436** | **$ 26,583** | **$ 30,897** | **$ 26,789** | **$ 29,542** | **$ 27,565** | **$ 28,760** | **$ 29,495** |
| | | | | | | | | |
| **Total Expenses** | **$ 138,812** | **$ 138,619** | **$ 139,579** | **$ 146,270** | **$ 135,198** | **$ 134,277** | **$ 143,465** | **$ 148,320** |
| | | | | | | | | |
| **Net Profit/Loss** | **$ (2,678)** | **$ 7,863** | **$ 3,728** | **$ 23,365** | **$ 18,580** | **$ 12,480** | **$ 68,583** | **$ 37,547** |

EXHIBIT "B"

40

Projection 2010

| Projected STATEMENT | Oct-09 | Nov-09 | Dec-09 | Jan-10 | Feb-10 | March-10 | April-10 | May-10 | June-10 | July-10 | Aug-10 | Sept-10 | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | | |
| New Vehicle Dept | $ 100,000 | $ 100,000 | $ 70,000 | $ 100,000 | $100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ - | $ - | $ - | $ 870,000 | |
| Used Vehicle Collateral | $ 40,000 | $ 40,000 | $ 30,000 | | | | | | | | | | $ 110,000 | |
| Used Vehicle non Coll. | $ 200,000 | $ 200,000 | $200,000 | $ 200,000 | $200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 200,000 | $ 2,400,000 | |
| Rental Dept | $ 30,000 | $ 40,000 | $ 41,000 | $ 41,000 | $ 36,000 | $ 38,000 | $ 50,000 | $ 50,000 | $ 45,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 611,000 | |
| Service Dept labor | $ 85,000 | $ 82,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 997,000 | |
| Service Dept Parts | $ 60,000 | $ 60,000 | $ 56,000 | $ 56,000 | $ 56,000 | $ 56,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 704,000 | |
| Parts Dept | $ 25,000 | $ 25,000 | $ 20,000 | $ 20,000 | $ 23,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 288,000 | |
| Other Income/Loss | | | | | | | | | | | | | | |
| **Total Sales** | $ 540,000 | $ 547,000 | $497,000 | $ 497,000 | $495,000 | $ 499,000 | $ 520,000 | $ 520,000 | $ 515,000 | $ 450,000 | $ 450,000 | $ 450,000 | $ 5,980,000 | |
| | | | | | | | | | | | | | | |
| Cost Vehicles Collateral | $ 123,200 | $ 123,200 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ - | $ - | $ - | $ 862,400 | 88.00% |
| Cost Vehicles non Coll | $ 170,000 | $ 170,000 | $170,000 | $ 170,000 | $170,000 | $ 170,000 | $ 170,000 | $ 170,000 | $ 170,000 | $ 170,000 | $ 170,000 | $ 170,000 | $ 2,040,000 | 85.00% |
| Cost Rental | $ 11,400 | $ 15,200 | $ 15,580 | $ 15,580 | $ 13,680 | $ 14,440 | $ 19,000 | $ 19,000 | $ 17,400 | $ 30,400 | $ 30,400 | $ 30,400 | $ 232,480 | 38.00% |
| Cost Labor | $ 22,950 | $ 22,140 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | $ 269,190 | 27.00% |
| Cost Service Parts | $ 36,000 | $ 36,000 | $ 33,600 | $ 33,600 | $ 33,600 | $ 33,600 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 422,400 | 60.00% |
| Cost Parts | $ 15,000 | $ 15,000 | $ 12,000 | $ 12,000 | $ 13,800 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 172,800 | 60.00% |
| | | | | | | | | | | | | | | |
| **Total Cost of Sales** | $ 378,550 | $ 381,540 | $340,780 | $ 340,780 | $340,680 | $ 342,640 | $ 350,950 | $ 350,950 | $ 349,350 | $ 274,350 | $ 274,350 | $ 274,350 | $ 3,999,270 | |
| | | | | | | | | | | | | | | |
| **Gross Profit** | $ 161,450 | $ 165,460 | $156,220 | $ 156,220 | $154,320 | $ 156,360 | $ 169,050 | $ 169,050 | $ 165,650 | $ 175,650 | $ 175,650 | $ 175,650 | $ 1,980,730 | |
| | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| Sales Compensation | $ 26,000 | $ 26,000 | $ 23,000 | $ 23,000 | $ 23,000 | $ 24,000 | $ 25,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 300,000 | |
| Salaries - Owners | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 144,000 | |
| Salaries - Supervisors | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 144,000 | |
| Salaries - Clerical | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 36,000 | |
| Salaries - Other | $ 22,000 | $ 22,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 260,000 | |
| Absentee Comp | | | | | | | | | | | | | | |
| Payroll Taxes | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 96,000 | |
| Employee Benefits | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 | |
| | | | | | | | | | | | | | | |
| **Total Personnel** | $ 88,000 | $ 88,000 | $ 84,000 | $ 84,000 | $ 84,000 | $ 85,000 | $ 87,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 1,040,000 | |
| | | | | | | | | | | | | | | |
| Company Veh Exp | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 18,600 | |
| Office Supplies | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 12,600 | |
| Other Supplies | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 18,000 | |
| Advertising | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 54,000 | |
| Contributions | | | | | | | | | | | | | | |
| Policy Work | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 12,000 | |
| Data Processing | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 12,000 | |
| Outside Services | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 66,000 | |
| US Trustee | $ 1,800 | $ 1,800 | $ 1,800 | $ 1,800 | | | | | | | | | $ 7,200 | |
| Telephone | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 19,200 | |
| Training | | | | | | | | | | | | | | |
| Interest Expense | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 36,000 | |
| Misc. Exp | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 12,000 | |
| | | | | | | | | | | | | | | |
| **Total Semi-fixed Exp** | $ 23,500 | $ 23,500 | $ 23,500 | $ 23,500 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 267,600 | |

EXHIBIT "B"

Projection 2010

| | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 264,000 |
| Repairs R/E | | | | | | | | | | | | |
| Taxes R/E | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 9,000 |
| Insurance Bldgs | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 9,000 |
| Utilities | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 24,000 |
| Insurance Other | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 31,200 |
| Taxes Other | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 9,600 |
| Repairs Equipment | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 1,200 |
| Depreciation Equipment | | | | | | | | | | | | |
| Equipment Rental | | | | | | | | | | | | |
| **Total Fixed Expense** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 348,000** |
| **Total Expenses** | **$ 140,500** | **$ 140,500** | **$136,500** | **$ 136,500** | **$134,700** | **$ 135,700** | **$ 137,700** | **$ 138,700** | **$ 138,700** | **$ 138,700** | **$ 138,700** | **$ 1,655,600** |
| **Net Profit/Loss** | **$ 20,950** | **$ 24,960** | **$ 19,720** | **$ 19,720** | **$ 19,620** | **$ 20,660** | **$ 31,350** | **$ 30,350** | **$ 26,950** | **$ 36,950** | **$ 36,950** | **$ 325,130** |
| **Bank of America** | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 120,000 |
| Post petition priority claim | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 30,000 |
| Bankruptcy Attorney | $ - | $ - | $ - | $ - | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | $ 24,000 |
| Priority Claims | $ - | $ - | $ - | $ - | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | $ 60,000 |
| **TOTAL PAYMENTS** | | | | | | | | | | | | 234000 |
| Net Profit/loss after paym | 3450 | 7460 | 2220 | 2220 | -880 | 160 | 10850 | 9850 | 6450 | 16450 | 16450 | 91,130 |

EXHIBIT "B"
42

Projection 2011

| Projected STATEMENT | Oct-10 | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | |
| New Vehicle Dept | | | | | | | | | | | | | $ - |
| Used Vehicle Collateral | | | | | | | | | | | | | $ - |
| Used Vehicle non Coll. | $ 300,000 | $ 300,000 | $ 250,000 | $ 250,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 3,250,000 |
| Rental Dept | $ 40,000 | $ 40,000 | $ 41,000 | $ 41,000 | $ 36,000 | $ 38,000 | $ 50,000 | $ 50,000 | $ 45,000 | $ 80,000 | $ 80,000 | $ 80,000 | 621,000 |
| Service Dept labor | $ 85,000 | $ 82,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | 997,000 |
| Service Dept Parts | $ 60,000 | $ 60,000 | $ 56,000 | $ 56,000 | $ 56,000 | $ 56,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | 704,000 |
| Parts Dept | $ 25,000 | $ 25,000 | $ 20,000 | $ 20,000 | $ 24,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | 289,000 |
| Other Income/Loss | | | | | | | | | | | | | |
| **Total Sales** | **$ 510,000** | **$ 507,000** | **$ 447,000** | **$ 447,000** | **$ 496,000** | **$ 499,000** | **$ 520,000** | **$ 470,000** | **$ 465,000** | **$ 500,000** | **$ 500,000** | **$ 500,000** | $ 5,861,000 |
| | | | | | | | | | | | | | |
| **Cost Vehicles Collateral** | | | | | | | | | | | | | $ - |
| **Cost Vehicles non Coll** | $ 255,000 | $ 255,000 | $ 212,500 | $ 212,500 | $ 255,000 | $ 255,000 | $ 255,000 | $ 212,500 | $ 212,500 | $ 212,500 | $ 212,500 | $ 212,500 | $ 2,762,500 |
| **Cost Rental** | $ 15,200 | $ 15,200 | $ 15,580 | $ 15,580 | $ 13,680 | $ 14,440 | $ 19,000 | $ 19,000 | $ 17,400 | $ 30,400 | $ 30,400 | $ 30,400 | 236,280 |
| **Cost Labor** | $ 22,950 | $ 22,140 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | 269,190 |
| **Cost Service Parts** | $ 36,000 | $ 36,000 | $ 33,600 | $ 33,600 | $ 33,600 | $ 33,600 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | 422,400 |
| **Cost Parts** | $ 15,000 | $ 15,000 | $ 12,000 | $ 12,000 | $ 14,400 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | 173,400 |
| | | | | | | | | | | | | | |
| **Total Cost of Sales** | **$ 344,150** | **$ 343,340** | **$ 295,280** | **$ 295,280** | **$ 338,280** | **$ 339,640** | **$ 347,950** | **$ 305,450** | **$ 303,850** | **$ 316,850** | **$ 316,850** | **$ 316,850** | $ 3,863,770 |
| | | | | | | | | | | | | | |
| **Gross Profit** | **$ 165,850** | **$ 163,660** | **$ 151,720** | **$ 151,720** | **$ 157,720** | **$ 159,360** | **$ 172,050** | **$ 164,550** | **$ 161,150** | **$ 183,150** | **$ 183,150** | **$ 183,150** | $ 1,997,230 |
| **Expenses** | | | | | | | | | | | | | |
| Sales Compensation | $ 26,000 | $ 26,000 | $ 23,000 | $ 23,000 | $ 23,000 | $ 24,000 | $ 25,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | 300,000 |
| Salaries - Owners | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | 144,000 |
| Salaries - Supervisors | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | 144,000 |
| Salaries - Clerical | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | 36,000 |
| Salaries - Other | $ 22,000 | $ 22,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | 260,000 |
| Absentee Comp | | | | | | | | | | | | | |
| Payroll Taxes | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | 96,000 |
| Employee Benefits | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | 60,000 |
| | | | | | | | | | | | | | |
| **Total Personnel** | **$ 88,000** | **$ 88,000** | **$ 84,000** | **$ 84,000** | **$ 84,000** | **$ 85,000** | **$ 87,000** | **$ 88,000** | **$ 88,000** | **$ 88,000** | **$ 88,000** | **$ 88,000** | $ 1,040,000 |
| | | | | | | | | | | | | | |
| Company Veh Exp | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | 18,600 |
| Office Supplies | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | 12,600 |
| Other Supplies | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | 18,000 |
| Advertising | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | 54,000 |
| Contributions | | | | | | | | | | | | | |
| Policy Work | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 12,000 |
| Data Processing | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 12,000 |
| Outside Services | $ 5,500 | $ 5,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | 63,000 |
| Telephone | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | 19,200 |
| Training | | | | | | | | | | | | | |
| Interest Expense | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | 36,000 |
| Misc. Exp | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 12,000 |
| | | | | | | | | | | | | | |
| **Total Semi-fixed Exp** | **$ 21,700** | **$ 21,700** | **$ 20,700** | **$ 20,700** | **$ 20,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | 257,400 |
| | | | | | | | | | | | | | |
| Rent | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | 288,000 |

EXHIBIT "B"

43

Projection 2011

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Repairs R/E | | | | | | | | | | | | |
| Taxes R/E | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 9,000 |
| Insurance Bldgs | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 9,000 |
| Utilities | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 24,000 |
| Insurance Other | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 31,200 |
| Taxes Other | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 9,600 |
| Repairs Equipment | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 1,200 |
| Depreciation Equipment | | | | | | | | | | | | | |
| Equipment Rental | | | | | | | | | | | | | |
| **Total Fixed Expense** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **372,000** |
| **Total Expenses** | **$ 140,700** | **$ 140,700** | **$ 135,700** | **$ 135,700** | **$ 135,700** | **$ 137,700** | **$ 139,700** | **$ 140,700** | **$ 140,700** | **$ 140,700** | **$ 140,700** | **$ 140,700** | **$ 1,669,400** |
| **Net Profit/Loss** | **$ 25,150** | **$ 22,960** | **$ 16,020** | **$ 16,020** | **$ 22,020** | **$ 21,660** | **$ 32,350** | **$ 23,850** | **$ 20,450** | **$ 42,450** | **$ 42,450** | **$ 42,450** | **$ 327,830** |
| **Bank of America** | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 |
| Bankrupcy Attorney | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | - $ | - $ | - $ | - $ | - $ | - $ | 18,000 |
| Priority Claims | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 108,000 |
| Unsecured Claims | | | | | | | | | | | | | |
| **TOTAL PAYMENTS** | | | | | | | | | | | | | 246000 |
| Net Profit/loss after payment | 4650 | 2460 | -4480 | -4480 | 1520 | 1160 | 11850 | 3350 | -50 | 21950 | 21950 | 21950 | 81,830 |

EXHIBIT "B"

Projection 2012

| Projected STATEMENT | Oct-11 | Nov-11 | Dec-11 | Jan-12 | Feb-12 | March-12 | April-12 | May-12 | June-12 | July-12 | Aug-12 | Sept-12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | |
| New Vehicle Dept | | | | | | | | | | | | | |
| Used Vehicle Collateral | | | | | | | | | | | | | |
| Used Vehicle non Coll. | $ 300,000 | $ 300,000 | $ 250,000 | $ 250,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 3,250,000 |
| Rental Dept | $ 40,000 | $ 40,000 | $ 41,000 | $ 41,000 | $ 36,000 | $ 38,000 | $ 50,000 | $ 50,000 | $ 45,000 | $ 80,000 | $ 80,000 | $ 80,000 | 621,000 |
| Service Dept labor | $ 85,000 | $ 82,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | 997,000 |
| Service Dept Parts | $ 60,000 | $ 60,000 | $ 56,000 | $ 56,000 | $ 56,000 | $ 56,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | 704,000 |
| Parts Dept | $ 25,000 | $ 25,000 | $ 20,000 | $ 20,000 | $ 24,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | 289,000 |
| Other Income/Loss | | | | | | | | | | | | | |
| **Total Sales** | **$ 510,000** | **$ 507,000** | **$ 447,000** | **$ 447,000** | **$ 496,000** | **$ 499,000** | **$ 520,000** | **$ 470,000** | **$ 465,000** | **$ 500,000** | **$ 500,000** | **$ 500,000** | **$ 5,861,000** |
| | | | | | | | | | | | | | |
| **Cost Vehicles Collateral** | | | | | | | | | | | | | |
| **Cost Vehicles non Coll** | $ 255,000 | $ 255,000 | $ 212,500 | $ 212,500 | $ 255,000 | $ 255,000 | $ 255,000 | $ 212,500 | $ 212,500 | $ 212,500 | $ 212,500 | $ 212,500 | $ 2,762,500 |
| **Cost Rental** | $ 15,200 | $ 15,200 | $ 15,580 | $ 15,580 | $ 13,680 | $ 14,440 | $ 19,000 | $ 19,000 | $ 17,400 | $ 30,400 | $ 30,400 | $ 30,400 | 236,280 |
| **Cost Labor** | $ 22,950 | $ 22,140 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | 269,190 |
| **Cost Service Parts** | $ 36,000 | $ 36,000 | $ 33,600 | $ 33,600 | $ 33,600 | $ 33,600 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | 422,400 |
| **Cost Parts** | $ 15,000 | $ 15,000 | $ 12,000 | $ 12,000 | $ 14,400 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | 173,400 |
| | | | | | | | | | | | | | |
| **Total Cost of Sales** | **$ 344,150** | **$ 343,340** | **$ 295,280** | **$ 295,280** | **$ 338,280** | **$ 339,640** | **$ 347,950** | **$ 305,450** | **$ 303,850** | **$ 316,850** | **$ 316,850** | **$ 316,850** | **$ 3,863,770** |
| | | | | | | | | | | | | | |
| **Gross Profit** | **$ 165,850** | **$ 163,660** | **$ 151,720** | **$ 151,720** | **$ 157,720** | **$ 159,360** | **$ 172,050** | **$ 164,550** | **$ 161,150** | **$ 183,150** | **$ 183,150** | **$ 183,150** | **$ 1,997,230** |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Sales Compensation | $ 26,000 | $ 26,000 | $ 23,000 | $ 23,000 | $ 23,000 | $ 24,000 | $ 25,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | 300,000 |
| Salaries - Owners | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | 144,000 |
| Salaries - Supervisors | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | 144,000 |
| Salaries - Clerical | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | 36,000 |
| Salaries - Other | $ 22,000 | $ 22,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | 260,000 |
| Absentee Comp | | | | | | | | | | | | | |
| Payroll Taxes | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | 96,000 |
| Employee Benefits | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | 60,000 |
| | | | | | | | | | | | | | |
| **Total Personnel** | **$ 88,000** | **$ 88,000** | **$ 84,000** | **$ 84,000** | **$ 84,000** | **$ 85,000** | **$ 87,000** | **$ 88,000** | **$ 88,000** | **$ 88,000** | **$ 88,000** | **$ 88,000** | **$ 1,040,000** |
| | | | | | | | | | | | | | |
| Company Veh Exp | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | 18,600 |
| Office Supplies | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | 12,600 |
| Other Supplies | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | 18,000 |
| Advertising | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | 54,000 |
| Contributions | | | | | | | | | | | | | |
| Policy Work | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 12,000 |
| Data Processing | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 12,000 |
| Outside Services | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | 66,000 |
| Telephone | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | 19,200 |
| Training | | | | | | | | | | | | | |
| Interest Expense | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | 36,000 |
| Misc. Exp | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 12,000 |
| | | | | | | | | | | | | | |
| **Total Semi-fixed Exp** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **$ 21,700** | **260,400** |

EXHIBIT "B"

Projection 2012

| | | | | | | | | | | | | | Total |
|---|--:|--:|--:|--:|--:|--:|--:|--:|--:|--:|--:|--:|--:|
| Rent | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 288,000 |
| Repairs R/E | | | | | | | | | | | | | |
| Taxes R/E | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | 9,000 |
| Insurance Bldgs | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | 9,000 |
| Utilities | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | 24,000 |
| Insurance Other | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | 31,200 |
| Taxes Other | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | 9,600 |
| Repairs Equipment | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | 1,200 |
| Depreciation Equipment | | | | | | | | | | | | | |
| Equipment Rental | | | | | | | | | | | | | |
| **Total Fixed Expense** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **$ 31,000** | **372,000** |
| **Total Expenses** | **$ 140,700** | **$ 140,700** | **$ 136,700** | **$ 136,700** | **$ 136,700** | **$ 137,700** | **$ 139,700** | **$ 140,700** | **$ 140,700** | **$ 140,700** | **$ 140,700** | **$ 140,700** | **$ 1,672,400** |
| **Net Profit/Loss** | **$ 25,150** | **$ 22,960** | **$ 15,020** | **$ 15,020** | **$ 21,020** | **$ 21,660** | **$ 32,350** | **$ 23,850** | **$ 20,450** | **$ 42,450** | **$ 42,450** | **$ 42,450** | **324,830** |
| **PAYMENTS** | | | | | | | | | | | | | |
| **Bank of America** | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | 120,000 |
| | | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Priority Claims | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | 126,000 |
| Unsecured Claims | | | | | | | | | | | | | |
| **TOTAL PAYMENTS** | | | | | | | | | | | | | 246000 |
| Net Profit/loss after payment | 4650 | 2460 | -5480 | -5480 | 520 | 1160 | 11850 | 3350 | -50 | 21950 | 21950 | 21950 | 78,830 |

EXHIBIT "B"

46

Projection 2013

| Projected STATEMENT | Oct-12 | Nov-12 | Dec-12 | Jan-13 | Feb-13 | March-13 | April-13 | May-13 | June-13 | July-13 | Aug-13 | Sept-13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | |
| New Vehicle Dept | | | | | | | | | | $   - | $   - | $   - | $   - |
| Used Vehicle Collateral | | | | | | | | | | | | | $   - |
| Used Vehicle non Coll. | $ 300,000 | $ 300,000 | $ 250,000 | $ 250,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 250,000 | $ 3,250,000 |
| Rental Dept | $ 40,000 | $ 40,000 | $ 41,000 | $ 41,000 | $ 36,000 | $ 38,000 | $ 50,000 | $ 50,000 | $ 45,000 | $ 80,000 | $ 80,000 | $ 80,000 | 621,000 |
| Service Dept labor | $ 85,000 | $ 82,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | $ 85,000 | 997,000 |
| Service Dept Parts | $ 60,000 | $ 60,000 | $ 56,000 | $ 56,000 | $ 56,000 | $ 56,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | 704,000 |
| Parts Dept | $ 25,000 | $ 25,000 | $ 20,000 | $ 20,000 | $ 24,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | 289,000 |
| Other Income/Loss | | | | | | | | | | | | | |
| **Total Sales** | $ 510,000 | $ 507,000 | $ 447,000 | $ 447,000 | $ 496,000 | $ 499,000 | $ 520,000 | $ 470,000 | $ 465,000 | $ 500,000 | $ 500,000 | $ 500,000 | $ 5,861,000 |
| | | | | | | | | | | | | | |
| **Cost Vehicles Collateral** | | | | | | | | | | $   - | $   - | $   - | $   - |
| Cost Vehicles non Coll | $ 255,000 | $ 255,000 | $ 212,500 | $ 212,500 | $ 255,000 | $ 255,000 | $ 255,000 | $ 212,500 | $ 212,500 | $ 212,500 | $ 212,500 | $ 212,500 | $ 2,762,500 |
| Cost Rental | $ 15,200 | $ 15,200 | $ 15,580 | $ 15,580 | $ 13,680 | $ 14,440 | $ 19,000 | $ 19,000 | $ 17,400 | $ 30,400 | $ 30,400 | $ 30,400 | 236,280 |
| Cost Labor | $ 22,950 | $ 22,140 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | $ 22,950 | 269,190 |
| Cost Service Parts | $ 36,000 | $ 36,000 | $ 33,600 | $ 33,600 | $ 33,600 | $ 33,600 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | 422,400 |
| Cost Parts | $ 15,000 | $ 15,000 | $ 12,000 | $ 12,000 | $ 14,400 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | 173,400 |
| | | | | | | | | | | | | | |
| **Total Cost of Sales** | $ 344,150 | $ 343,340 | $ 295,280 | $ 295,280 | $ 338,280 | $ 339,640 | $ 347,950 | $ 305,450 | $ 303,850 | $ 316,850 | $ 316,850 | $ 316,850 | $ 3,863,770 |
| | | | | | | | | | | | | | |
| **Gross Profit** | $ 165,850 | $ 163,660 | $ 151,720 | $ 151,720 | $ 157,720 | $ 159,360 | $ 172,050 | $ 164,550 | $ 161,150 | $ 183,150 | $ 183,150 | $ 183,150 | $ 1,997,230 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Sales Compensation | $ 26,000 | $ 26,000 | $ 23,000 | $ 23,000 | $ 23,000 | $ 24,000 | $ 25,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | 300,000 |
| Salaries - Owners | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | 144,000 |
| Salaries - Supervisors | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | 144,000 |
| Salaries - Clerical | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | 36,000 |
| Salaries - Other | $ 22,000 | $ 22,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | 260,000 |
| Absentee Comp | | | | | | | | | | | | | |
| Payroll Taxes | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | 96,000 |
| Employee Benefits | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | 60,000 |
| | | | | | | | | | | | | | |
| **Total Personnel** | $ 88,000 | $ 88,000 | $ 84,000 | $ 84,000 | $ 84,000 | $ 85,000 | $ 87,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 1,040,000 |
| | | | | | | | | | | | | | |
| Company Veh Exp | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | 18,600 |
| Office Supplies | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | 12,600 |
| Other Supplies | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | 18,000 |
| Advertising | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | 54,000 |
| Contributions | | | | | | | | | | | | | |
| Policy Work | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 12,000 |
| Data Processing | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 12,000 |
| Outside Services | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | 66,000 |
| Telephone | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | 19,200 |
| Training | | | | | | | | | | | | | |
| Interest Expense | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | 36,000 |
| Misc. Exp | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 12,000 |
| | | | | | | | | | | | | | |
| **Total Semi-fixed Exp** | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | $ 21,700 | 260,400 |
| | | | | | | | | | | | | | |
| Rent | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | $ 22,000 | 264,000 |

EXHIBIT "B"

47

Projection 2013

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Repairs R/E | | | | | | | | | | | | | |
| Taxes R/E | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 9,000 |
| Insurance Bldgs | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 9,000 |
| Utilities | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 24,000 |
| Insurance Other | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 31,200 |
| Taxes Other | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 9,600 |
| Repairs Equipment | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 1,200 |
| Depreciation Equipment | | | | | | | | | | | | | |
| Equipment Rental | | | | | | | | | | | | | |
| **Total Fixed Expense** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **$ 29,000** | **348,000** |
| **Total Expenses** | **$ 138,700** | **$ 138,700** | **$ 134,700** | **$ 134,700** | **$ 134,700** | **$ 135,700** | **$ 137,700** | **$ 138,700** | **$ 138,700** | **$ 138,700** | **$ 138,700** | **$ 138,700** | **$ 1,648,400** |
| **Net Profit/Loss** | **$ 27,150** | **$ 24,960** | **$ 17,020** | **$ 17,020** | **$ 23,020** | **$ 23,660** | **$ 34,350** | **$ 25,850** | **$ 22,450** | **$ 44,450** | **$ 44,450** | **$ 44,450** | **348,830** |
| | | | | | | | | | | | | | |
| **Bank of America** | | | | | | | | | | | | | $ - |
| Priority Claims | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 180,000 |
| Unsecured claims | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 96,000 |
| **TOTAL PAYMENTS** | | | | | | | | | | | | $ - | 276000 |
| Net Profit/loss after payment | 4150 | 1960 | -5980 | -5980 | 20 | 660 | 11350 | 2850 | -550 | 21450 | 21450 | 21450 | $ 72,830 |

EXHIBIT "B"

48

1

2

**EXHIBIT C - UNEXPIRED LEASES TO BE ASSUMED**

3

| LEASES | ARREARS/DMGS | METHODS OF CURE |
|---|---|---|
| • Description = Lease on premises at 160 Olive, Burbank, CA<br><br>• Lessor's name =<br><br>• Lessee's name = Debtor<br><br>• Expiration date = | • Default amt =     $0<br><br>• Actual pecuniary loss  = $0.00 | • Method of curing default & loss = N/A<br><br>• Means of assuring future performance = Ongoing operation of the Debtor |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT D - EXECUTORY CONTRACTS TO BE ASSUMED**

| CONTRACT | DEFAULT/DMGS | METHODS OF CURE |
|---|---|---|
| • Contract description = Health and Medical Insurance<br><br>• Contracting parties = <br>1. Debtor<br>2. Kaiser Health Care | •     Default amt = @12,000<br><br>•     Actual pecuniary loss = @$12,000 | •     Method of curing default & loss = make regular payments plus $500.00 or more a month<br><br>•     Means of assuring performance = Stipulation with creditor already entered |

50

1

2

## EXHIBIT E - LIQUIDATION ANALYSIS
## SUPPORTING VALUATION

3

ASSETS VALUE AT LIQUIDATION VALUES:

4

CURRENT ASSETS

a.   Cash on hand                                    $37,380
b.   Accounts receivable                             $529,641
c.   Inventories                                     $782,190

5

6

   TOTAL CURRENT ASSETS                 $1,349,211

7

FIXED ASSETS

a.   Office furniture & equipment                    10,000
b.   Machinery & equipment                           7,000
c.   Automobiles                                     18,000
d.   Building & Land                                 0

8

9

10

   TOTAL FIXED ASSETS                   35,000

11

OTHER ASSETS

a.   Customer list                                   5,000
b.   Other intangibles                               5,000

12

13

   TOTAL OTHER ASSETS                   10,000

14

**TOTAL ASSETS AT LIQUIDATION VALUE**               **1,394,211**

15

**Less:**
Secured creditor's recovery                          1,502,140

16

**Less:**
Chapter 7 trustee fees and expenses                  0

17

**Less:**
Chapter 11 administrative expenses                   0

18

**Less:**
Priority claims,                                     581,487
excluding administrative expense claims             $
                                                    =========

19

**Less:**
Debtor's claimed exemptions                          N/A

20

21

(1) Balance for unsecured claims                    **$0**

22

(2) Total amt of unsecured claims                    $1,580,452.76

23

24

25

26

27

28

**EXHIBIT F - LIST OF ADMINISTRATIVE EXPENSE CLAIMS**

| Name | Amount Owed | Treatment |
|------|-------------|-----------|
| William H. Brownstein & Associates, P.C. | $42,000.00 | Initial payment of $3,000 made on effective date, then $3,000 or more a month with interest accruing at 10% per annum. |
| Internal Revenue Service | $16,639.35 | Paid in full on Effective Date |
| State of California, EDD | $18,947.50 | Paid in full on Effective Date |
| Clerk's Office Fees | | Paid in full on Effective Date |
| Office of the U.S. Trustee Fees | | Paid in full on Effective Date |
| TOTAL | $77,586.85 | |

52

## EXHIBIT G - LIST OF PRIORITY UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| • Name = IRS<br>• Type of tax = Withholding Taxes<br>• Date tax assessed = Various | $176,645.09 | • Pymt interval<br>• Pymt amt/interval<br>• Begin date<br>• End date<br>• Interest Rate<br>• Total Payout Amount<br><br>• Percentage Paid | = Monthly<br>=$4,313.10<br>=02/01/2010<br>=12/01/2013<br>= 5%[3]<br>=$194,089.50<br>= 100 |
| • Name = FTB<br>• Type of tax = Withholding Taxes<br>• Date tax assessed = Various | $854.90 | • Pymt interval<br>• Pymt amt/interval<br>• Begin date<br>• End date<br>• Interest Rate %<br>• Total Payout Amount<br>• Percentage Paid | = Monthly<br>= $20.87<br>=02/01/2010<br>=12/01/2013<br>= 5%<br>= $939.15<br>= 100 |
| • Name = FTB<br>• Type of tax = Withholding Taxes<br>• Date tax assessed = Various | $33,833.19 | • Pymt interval<br>• Pymt amt/interval<br>• Begin date<br>• End date<br>• Interest Rate %<br>• Total Payout Amount<br>• Percentage Paid | = Monthly<br>= $826.20<br>= 02/01/2010<br>= 12/01/2013<br>= 5%<br>= $37,179.00<br>= 100 |
| • Name = Board of Equalization<br>• Type of tax = Sales Tax<br>• Date tax assessed = Various | $101,401.00 | • Pymt interval<br>• Pymt amt/interval<br>• Begin date<br>• End date<br>• Interest Rate %<br>• Total Payout Amount<br>• Percentage Paid | Monthly<br>= $2,475.88<br>=02/01/2010<br>=12/01/2013<br>= 5%<br>=$111,414.60<br>= 100 |
| • Name = EDD<br>• Type of tax = Withholding Taxes<br>• Date tax assessed = Various | $267,807.92 | • Pymt interval<br>• Pymt amt/interval<br>• Begin date<br>• End date<br>• Interest Rate %<br>• Total Payout Amount<br>• Percentage Paid | Monthly<br>= $6,539.00<br>= 02/01/2010<br>= 12/01/2013<br>= 5%<br>=$294,255.00<br>= 100 |

---

[3] Pursuant to IR-2008-139 effective January 1, 2009.

**EXHIBIT H - LIST OF GENERAL UNSECURED CLAIMS**

| | | | | SCHEDULED CLAIMS | | FILED CLAIMS | |
|---|---|---|---|---|---|---|---|
| CLASSIFIED CLAIMS: UNSECURED CLAIMS | | | | | | | |
| Class | Name | Insider | Impaired | Amount | D/C/U* | Amount | Objection |
| | See attached | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL AMOUNT FOR CLASS | | | | | | | |

* Disputed/contingent/unliquidated

**Proof of Claims Filed in Metro RV, Inc.**    ***PLEASE SEE NOTES, CHANGES IN RED AND ADDITIONS TO CLAIMS

| Creditor | Claim # | Claim Amt | Priority | Secured | Unsecured | |
|---|---|---|---|---|---|---|
| Dell Financial Services, LLC | #1 | $918.01 | | | $918.01 | |
| Zenith Insurance Company | 2 | $13,216.00 | | | $13,216.00 | |
| SPARTAN | 3 | $2,798.21 | | | $2,798.21 | |
| INTERNAL REVENUE SERVICE | 4 | $225,573.89 | $176,645.09 | | $48,928.80 | |
| XO Communications Inc | 5 | $1,487.57 | | | $1,487.57 | |
| DELL FINANCIAL SERVICES, LLC | 6 | $2,098.52 | | | $2,098.52 | |
| Trade Show Publications, Inc. (2641) | 7 | $334.00 | | | $334.00 | |
| Attn: Bob Bashore East Penn Manufacturing Co Inc | 8 | $2,114.79 | | | $2,114.79 | |
| Aramark c/o Sheila Schwager | 9 | $2,273.90 | | | $2,273.90 | |
| American Express Travel Related Services Company Inc c/o Becket and Lee LLP | 10 | $10,004.95 | | | $10,004.95 | **Delete** |
| STATE OF CALIFORNIA (ADMINISTRATIVE) FRANCHISE TAX BOARD | 11 | $854.90 | $854.90 | | | |
| Geller & Stewart LLP Franchise Tax Board | 12 | $30,562.70 | | | $30,562.70 | **Delete** |
| Special Procedures | 13 | $39,451.34 | $33,833.19 | | $5,618.15 | |
| WASTE MANAGEMENT | 14 | $1,042.68 | | | $1,042.68 | |
| The Commerical Agency | 15 | $2,853.99 | | | $2,853.99 | **Unknow** |
| Gulf Stream Coach, Inc. | 16 | $109,698.00 | | | **$109,698.00** | **Dispute $$** |
| Gulf Stream Coach, Inc. | 17 | $200,618.44 | | | $200,618.44 | **Dispute $$** |
| PROFLAME | 18 | $1,399.34 | | | $1,399.34 | |
| Valley Track LLC | 19 | $408.90 | | | $408.90 | |
| STATE BOARD OF EQUALIZATION SPECIAL PROCEDURES SECT MIC-55 | 20 | $101,401.00 | $101,401.00 | | | |
| Citibank South Dakota NA | 21 | $5,396.09 | | | $5,396.09 | |
| UNITED PARCEL SVC | 22 | $945.45 | $945.45 | | | |
| JACOB HAHN C/O JEANIE CHA | 23 | $16,974.00 | | | $16,974.00 | |
| ROBERT LEVIN TRUST & GLORIA LEVIN | 24 | $474,573.72 | | | $474,573.72 | **Santa Ana Lease** |
| U S DEPT OF LABOR EMPLOYEE BENEFITS SECURITY ADM | 25 | $0.00 | | | $0.00 | |
| U S DEPT OF LABOR EMPLOYEE BENEFITS SECURITY ADM | 26 | $0.00 | | | $0.00 | |
| First Private Bank & Trust | 27 | $254,526.04 | | | **$254,526.04** | |
| First Private Bank & Trust | 28 | $13,474.30 | | $13,474.30 | | **Dispute$$** |
| TEXTRON FINANCIAL RECREATIONAL VEHICLE FINANCE | 29 | $754,611.37 | | **Inventory Ret. **754,611.37** | | **Dispute $$** |
| TEXTRON FINANCIAL RECREATIONAL VEHICLE FINANCE | 30 | $221,485.44 | | | $221,485.44 | **Dispute $$** |
| TEXTRON FINANCIAL RECREATIONAL VEHICLE FINANCE | 31 | $117,589.13 | | | $117,589.13 | **Dispute $$** |
| The Commerical Agency | 32 | $2,618.90 | | | $2,618.90 | **Unknown** |
| EMPLOYMENT DEV DEPT BKCY GROUP MIC 92E | 33 | $301,867.25 | $267,807.92 **s/b aprox168K** | | $34,059.33 | **Dispute $$** |
| C/O DOMINION ENTERPRISES | 34 | $1,706.25 | | | $1,706.25 | |
| FedEx Freight Inc | 35 | $584.66 | | | $584.66 | |
| Yellow Book Pacific c/o RMS Bankruptcy Recovery Svcs | 36 | $13,448.12 | | | $13,448.12 | |
| Southern California Edison Co | 37 | $1,114.13 | | | **$1,114.13** | |
| **Total as of 9/12/2009** | | $2,930,025.98 | $581,487.55 | $13,474.30 | $1,580,452.76 | |

**NOTES:**

Claim # 10 Amer Exp. Delete
Claim #12 Geller - Vehicle paid. Maybe a balance of 5k in Legal fees
Claim # 15 - Commerical Agency - Unknown
Claim # 16 - Owed but need to offset with unpaid Warranty Claims
Claim # 17 - Not owed. - Vehicles returned to Gulf Stream
Claim # 24 - Levin - Need to audit
Claim # 28 - FPB Payments being made
Claim #'s 29 - 31 Textron - All vehicle have been returned.
Claim # 32 - Same as #15
Claim #33 - Still auditing - dispute


Additional Vendors Owed - Not on Claim Filed list:

| | |
|---|---:|
| American Hardware | $ 1,953.00 |
| RV America Web Services | $ 3,800.00 |
| Fidelity Investments | $ 750.00 |
| MOC Products | $ 1,941.50 |
| Coast | $ 5,000.00 |
| NTP | $ 5,000.00 |
| Chevron | $ 5,467.31 |
| Trader Media | $ 8,000.00 |
| Forest River (Parts) | $ 5,754.00 |
| Idearc Media | $ 2,067.00 |
| MVP (Thor) Parts | $ 1,334.00 |
| National City ??? | $ 1,997.00 |
| Suburban Propane | $ 2,035.00 |
| Interstate Battery | $ 2,075.00 |
| Dometic | $ 1,800.00 |
| Burbank Water & Power | $ 1,900.00 |
| Michael Sieving (Legal services/ pre-petition | $ 32,000.00 |
| | |
| All additions are unsecured. | $ 82,873.81 |


**Post Petition Taxes Owed**

| | |
|---|---:|
| IRS - 941 - 1st quarter | $ 9,497.71 |
| 2nd quarter | $ 7,142.24 |
| | |
| Sub-total | $ 16,639.95 |
| | |
| FTB - EDD - 1st quarter | $ 19,169.35 |
| 2nd quarter | $ 9,778.15 |
| | |
| Sub-total | $ 28,947.50 |
| | |
| **Total Taxes Owed - 2009** | $ 45,587.45 |

EXHIBIT "H"
56

**EXHIBIT I - LIST OF EQUITY INTERESTS**

| CLASSIFIED INTEREST: EQUITY SECURITY INTEREST HOLDERS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | SCHEDULED INTERESTS | | FILED INTERESTS | |
| Class | Name | Insider | Impaired | Percentage | D/C/U* | Percentage | Objection |
| 5 | Roberto Almuina | X | | 50 | | 50 | No |
| 5 | Cheryl Almuina | X | | 50 | | 50 | No |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | <== Insert rows here. | | | | | | |
| | | | | | | | |

* Disputed/contingent/unliquidated

| In re:<br>METRO RV INC., a California corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-31001 EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1250 Sixth Street, Suite 205, Santa Monica, CA 90401-1637

A true and correct copy of the foregoing document described FIRST ERRATA TO DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION OF THE DEBTOR will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 6, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) russell.clementson@usdoj.gov
Kurt V Jaenike on behalf of Creditor Textron Financial kjaenike@ch-law.com
Mark Palley on behalf of Creditor Kaiser Foundation Health Plan, Inc.mp@marionsinn.com
Ramesh Singh on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov    ☐    Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 6, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Amy M Oakden on behalf of Creditor Tony and Nancy Unger, 23205 Sunnymead Blvd Ste 100
Moreno Valley, CA 92552-7599

☐    Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 6, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Paul Arrow PARROW@buchalter.com

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 6, 2009 | Tasha Perez | _Tasha Perez (signature)_ |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.